**2273CV00430 Bisasor, Andre vs. Hilliard, Russell F et al**

# EXHIBIT 2

- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 06/20/2022
- DCM Track:
- A - Average
- Initiating Action:
- Defamation
- Status Date:
- 06/20/2022
- Case Judge:
- 
- Next Event:
- 07/10/2023

| All Information | Party | Event | Tickler | Docket | Disposition |
|---|---|---|---|---|---|

## Party Information

**Bisasor, Andre**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | **Party Attorney** |
| | • Attorney |
| | • Pro Se |
| | • Bar Code |
| | • PROPER |
| | • Address |
| | • Phone Number |
| | • |

More Party Information

**Hilliard, Russell F**
- Defendant

| Alias | Party Attorney |
|---|---|
| | **Party Attorney** |
| | • Attorney |
| | • Saturley, Esq., William C |
| | • Bar Code |
| | • 442800 |
| | • Address |
| | • Preti Flaherty Beliveau and Pachios, LLP 60 State St Suite 1100 Boston, MA  02109 |
| | • Phone Number |
| | • (617)226-3800 |
| | • Attorney |
| | • Sonneborn, Esq., Daniel R |
| | • Bar Code |
| | • 679229 |
| | • Address |
| | • Preti Flaherty Beliveau and Pachios, LLP 60 State St Suite 1100 Boston, MA  02109 |
| | • Phone Number |
| | • (617)226-3800 |

More Party Information

**Donais, Craig S**
- Defendant

| Alias | Party Attorney |
|---|---|
| | **Party Attorney** |
| | • Attorney |
| | • Landers, Jr., Esq., Edwin F |
| | • Bar Code |
| | • 559360 |
| | • Address |
| | • Morrison Mahoney LLP |

250 Summer St
Boston, MA  02210
Phone Number
(617)439-7583

**More Party Information**

**Donais Law Offices PLLC**
- Defendant

| Alias | Party Attorney |
|---|---|
| | Attorney |
| | Landers, Jr., Esq., Edwin F |
| | Bar Code |
| | 559360 |
| | Address |
| | Morrison Mahoney LLP |
| | 250 Summer St |
| | Boston, MA  02210 |
| | Phone Number |
| | (617)439-7583 |

**More Party Information**

**Upton and Hatfield LLP**
- Defendant

| Alias | Party Attorney |
|---|---|

**More Party Information**

**Donais, Mary K**
- Defendant

| Alias | Party Attorney |
|---|---|
| | Attorney |
| | Landers, Jr., Esq., Edwin F |
| | Bar Code |
| | 559360 |
| | Address |
| | Morrison Mahoney LLP |
| | 250 Summer St |
| | Boston, MA  02210 |
| | Phone Number |
| | (617)439-7583 |

**More Party Information**

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 06/27/2023 02:30 PM | Civil A (New Bedford) | Lower Courtroom | Hearing for Funds | Yessayan, Hon. Raffi N | Rescheduled |
| 07/10/2023 03:00 PM | Civil A (New Bedford) | Lower Courtroom | Hearing for Funds | Yessayan, Hon. Raffi N | |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 06/20/2022 | 04/07/2023 | 291 | |
| Answer | 06/21/2022 | 05/08/2023 | 321 | |
| Rule 12/19/20 Served By | 06/21/2022 | 10/19/2022 | 120 | |
| Rule 12/19/20 Filed By | 06/21/2022 | 11/18/2022 | 150 | |
| Rule 12/19/20 Heard By | 06/21/2022 | 12/19/2022 | 181 | |
| Rule 15 Served By | 06/21/2022 | 08/15/2023 | 420 | |
| Rule 15 Filed By | 06/21/2022 | 09/14/2023 | 450 | |
| Rule 15 Heard By | 06/21/2022 | 09/14/2023 | 450 | |
| Discovery | 06/21/2022 | 06/10/2024 | 720 | |
| Rule 56 Served By | 06/21/2022 | 07/10/2024 | 750 | |
| Rule 56 Filed By | 06/21/2022 | 08/09/2024 | 780 | |
| Final Pre-Trial Conference | 06/21/2022 | 12/09/2024 | 902 | |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Judgment | 06/21/2022 | 06/20/2025 | 1095 | |
| Review Appeals Filed | 06/09/2023 | 07/07/2023 | 28 | |
| | | | | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 06/20/2022 | Complaint electronically filed. | 1 | Image |
| 06/20/2022 | Civil action cover sheet filed. | 2 | Image |
| 06/21/2022 | Case assigned to:<br>DCM Track A - Average was added on 06/21/2022 | | Image |
| 06/23/2022 | Determination regarding normal fees and costs ALLOWED FORTHWITH by Clerk waived in full , pursuant to G. L. c. 261, § 27C(2).<br>fling fee, summons, service of process<br><br>Judge: Sullivan, Jennifer A | 4 | |
| 06/28/2022 | One Trial case reviewed by Clerk, case to remain in the Superior Court.<br><br>Judge: Sullivan, Jennifer A | | |
| 06/28/2022 | Docket Note: 3 copies of the complaint, civil action cover sheet, civil tracking orders, 2 summonses and 1 copy of Determination regarding fees and costs sent to Self represented plaintiff this day | | |
| 09/19/2022 | Self-Represented Plaintiff Andre Bisasor's Request to extend time for service of process | 6 | |
| 09/24/2022 | Determination regarding extra fees and costs DENIED by judge , pursuant to G. L. c. 261, § 27C(2).<br>The application is DENIED with respect to the extra fees and costs indicated in the application, because I find that service can be effectuated by certified mail return receipt alone - Mass. R. Civ. P. 4<br><br>Judge: Dupuis, Hon. Renee P | 7 | Image |
| 09/24/2022 | Endorsement on Request for Waiver of Costs (#6.0): ALLOWED<br>Treating this filing as a motion to extend time for service, allowed, 60 day extension.<br><br>Judge: Dupuis, Hon. Renee P | | Image |
| 11/21/2022 | Self-Represented Plaintiff Andre Bisasor's Motion to extend time for service of process | 9 | Image |
| 11/29/2022 | Determination regarding normal fees and costs ALLOWED by judge waived in full , pursuant to G. L. c. 261, § 27C(2).<br>service by certified mail - plaintiff to provide to clerk, summons, complaint and addressed envelopes<br><br>Judge: Sullivan, Hon. Susan E | 9.1 | Image |
| 01/24/2023 | Endorsement on Motion to extend time to serve process on defendants (#9.0): ALLOWED<br>Plaintiff shall provide to clerk's office completed summonses, copies of complaint and civil action cover sheet, and envelopes addressed to defendants by 2/10/2023 and the clerk's office will arrange for service by certified mail.<br><br>Judge: Sullivan, Hon. Susan E | | Image |
| 02/03/2023 | Plaintiff Andre Bisasor's EMERGENCY Motion to extend time for service of process | 10 | Image |
| 02/03/2023 | Endorsement on Motion to extend deadline provided in Court's 1-24-23 ORDER (#10.0): ALLOWED in part. Extension for service of process to April 7, 2023.<br><br>Judge: Sullivan, Hon. Susan E | | Image |
| 04/05/2023 | Self-Represented Plaintiff Andre Bisasor's EMERGENCY Motion to extend deadline in Court's 2-3-23 Order | 11 | Image |
| 04/05/2023 | Endorsement on Motion to Extend Deadline in Court's 2-3-23 Order (#11.0): DENIED<br><br>Judge: Yessayan, Hon. Raffi N | | Image |
| 04/07/2023 | Self-Represented Plaintiff Andre Bisasor's EMERGENCY Motion to reconsider the plaintiff's final (Emergency) motion to extend deadline in Court's 2-3-23 ORDER. | 12 | Image |
| 04/07/2023 | Endorsement on Motion to Reconsider the Plaintiff's Final (Emergency) Motion to Extend Deadline in Court's 2-3-23 Order (#12.0): ALLOWED<br>Motion Allowed, to the extent that the plaintiff shall deliver all documents in accordance with the Court's previous Order to the clerk's office by 4/14/23. | | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Judge: Yessayan, Hon. Raffi N | | |
| 04/14/2023 | General correspondence regarding Instructions for Service by Sheriff Via Certified Mail | 13 | Image |
| 05/04/2023 | Amended: First amended complaint filed by Andre Bisasor | 14 | Image |
| 05/05/2023 | Notice of 93A complaint sent to Attorney General<br>First Amended Complaint | | Image |
| 05/15/2023 | Service Returned for<br>Defendant Donais, Craig S: Service via certified mail; | 15 | Image |
| 05/15/2023 | Summons, returned SERVED<br><br>Applies To: Donais, Craig S (Defendant) | 15.1 | Image |
| 05/15/2023 | Service Returned for<br>Defendant Hilliard, Russell F: Service via certified mail; | 16 | Image |
| 05/15/2023 | Summons, returned SERVED<br><br>Applies To: Hilliard, Russell F (Defendant) | 16.1 | Image |
| 05/15/2023 | Summons, returned SERVED<br>certified mail regarding amended complaint.<br><br>Applies To: Donais, Craig S (Defendant) | 17 | Image |
| 05/15/2023 | Summons, returned SERVED<br><br>Applies To: Donais, Craig S (Defendant) | 17.1 | Image |
| 05/15/2023 | Summons, returned SERVED<br>regarding amended complaint<br><br>Applies To: Hilliard, Russell F (Defendant) | 18 | Image |
| 05/15/2023 | Summons, returned SERVED<br><br>Applies To: Hilliard, Russell F (Defendant) | 18.1 | Image |
| 05/16/2023 | Self-Represented Plaintiff Andre Bisasor's EMERGENCY Motion to<br>allow service of process though the Clerks Office on newly added Defendants | 19 | Image |
| 05/22/2023 | Self-Represented Plaintiff Andre Bisasor's Motion for Default<br>of Defendant Craig Donais and Affidavit | 20 | Image |
| 05/22/2023 | Self-Represented Plaintiff Andre Bisasor's Motion for Default<br>of Defendant Russell Hilliard and Affidavit | 21 | Image |
| 05/22/2023 | Self-Represented Plaintiff Andre Bisasor's Motion to<br>Transfer case to Taunton Location | 22 | Image |
| 05/23/2023 | Opposition to to Plaintiffs motion to Default him filed by Russell F Hilliard | 23 | Image |
| 05/23/2023 | Attorney appearance<br>On this date William C Saturley, Esq. added for Defendant Russell F Hilliard | | |
| 05/23/2023 | Attorney appearance<br>On this date Daniel R Sonneborn, Esq. added for Defendant Russell F Hilliard | | |
| 05/23/2023 | Self-Represented Plaintiff Andre Bisasor's Notice of<br>intent to reply to Defendant Russell Hiliard's Opposition to Plaintiff's motion for Default | 24 | Image |
| 05/23/2023 | Opposition to Plaintiff's motion for Default filed by Craig S Donais | 25 | Image |
| 05/23/2023 | Attorney appearance electronically filed. | | Image |
| 05/23/2023 | Attorney appearance<br>On this date Edwin F Landers, Jr., Esq. added for Defendant Craig S Donais, Defendant Donais Law Offices PLLC, Defendant Mary K Donais. | 26 | Image |
| 06/02/2023 | Endorsement on Motion to Transfer case to Taunton location (#22.0): DENIED<br><br>Judge: Yessayan, Hon. Raffi N | | Image |
| 06/02/2023 | Endorsement on Motion to allow service of process through the Clerk's office on newly added Defendant's (#19.0): No Action Taken<br>as this action is moot | | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Judge: Yessayan, Hon. Raffi N | | |
| 06/02/2023 | Endorsement on Motion for Default of Defendant Craig Donais (#20.0): DENIED for the reasons stated in the opposition | | Image |
| | Judge: Yessayan, Hon. Raffi N | | |
| 06/02/2023 | Endorsement on Motion for Default of Defendant Russell Hilliard (#21.0): DENIED as for the reasons stated in the opposition | | Image |
| | Judge: Yessayan, Hon. Raffi N | | |
| 06/09/2023 | Notice of appeal filed. | 31 | Image |
| | Applies To: Bisasor, Andre (Plaintiff) | | |
| 06/09/2023 | Event Result::  Hearing for Funds scheduled on: 06/27/2023 02:30 PM Has been: Rescheduled      For the following reason: Request of Plaintiff Jennifer A Sullivan, Presiding | | |

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |