UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUFFOLK, ss.                                                    DOCKET NO. 1:23-cv-11313

_____
                                                        )
ANDRE BISASOR,                                          )
         Plaintiff,                                     )
                                                        )
Vs.                                                     )
                                                        )
CRAIG S. DONAIS, RUSSELL F.                             )
HILLIARD, DONAIS LAW OFFICES                            )
PLLC, UPTON AND HATFIELD LLP,                           )
and MARY K. DONAIS,                                     )
         Defendants.                                    )
_____                )

### DEFENDANTS CRAIG S. DONAIS, MARY K. DONAIS AND DONAIS LAW OFFICES PLLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER TO DISTRICT OF NEW HAMPSHIRE

NOW COME Craig S. Donais, Mary K. Donais, and Donais Law Offices PLLC (the

"Donais Defendants"), by their attorneys, and hereby request that this Honorable Court dismiss all

claims against them pursuant to Fed. R. Civ. P. 12(b)(2), Fed. R. Civ. P. 12(b)(3), Forum Non

Conveniens, and anti-SLAAP or, in the alternative, transfer this matter to the District of New

Hampshire.  In support of this motion, the Donais Defendants rely upon their Memorandum in

Support of this Motion to Dismiss or, in the alternative, to Transfer to the District of New

Hampshire, filed herewith.

WHEREFORE, Craig S. Donais, Mary K. Donais, and Donais Law Offices PLLC request

that this Honorable Court dismiss all claims against them, or, in the alternative, transfer this matter

to the District of New Hampshire.

102760003

Respectfully submitted,
FOR THE DEFENDANTS,
CRAIG S. DONAIS, MARY K. DONAIS
and DONAIS LAW OFFICES PLLC
By Their Attorney,

*/s/ Edwin F. Landers, Jr.*

_____

Edwin F. Landers, Jr., BBO# 559360
Elanders@morrisonmahoney.com
Ian T. Donovan, BBO# 703377
idonovan@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone: 617-439-7500
Fax: 617-342-4869

## RULE 7.1(a)(2) CERTIFICATION

I hereby certify that I conferred with Plaintiff Andre Bisasor and attempted in good faith to resolve or narrow the issues addressed in this motion.

Date:   June 13, 2023                    */s/ Edwin F. Landers, Jr.*
                                          Edwin F. Landers, Jr.

102760003

## CERTIFICATE OF SERVICE

I, Edwin F. Landers, attorney for the Defendants, Craig S. Donais, Mary K. Donais, and Donais Law Offices PLLC, hereby certify that I have this day served the foregoing to all counsel of record in this action by serving same via First Class U.S. mail, postage prepaid and/or electronic mail to:

Andre Bisasor, Pro Se
679 Washington Street, Suite #8-206
Attleboro, MA 02703
quickquantum@aol.com

William Saturley, Esq.
Danniel R. Sonneborn, Esq.
Preti Flaherty Beliveau & Pachios, LLP
60 State Street, Suite 1100
Boston, MA 02109
wsaturley@preti.com
dsonneborn@preti.com

Date:    June  13, 2023            /s/ Edwin F. Landers, Jr.
                                   Edwin F. Landers, Jr.

102760003