UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| ANDRE BISASOR, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CRAIG S. DONAIS, RUSSELL F. | ) Case No. 1:23-cv-11313-WGY | |
| HILLIARD, DONAIS LAW OFFICES | ) | |
| PLLC, UPTON AND HATFIELD LLP, | ) | |
| and MARY K. DONAIS, | ) | |
|     Defendants. | ) | |
| | ) | |

**DEFENDANTS RUSSELL F. HILLIARD'S AND UPTON & HATFIELD, LLP'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER TO THE DISTRICT OF NEW HAMPSHIRE**

NOW COME Defendants Russell F. Hilliard ("Hilliard") and his employer, Upton & Hatfield, LLP ("Upton & Hatfield"), and respectfully request this Honorable Court dismiss Plaintiff's First Amended Complaint. There are several grounds for dismissal, including that this Court lacks personal jurisdiction over the Hilliard and Upton & Hatfield; this Court is the improper venue; the "litigation privilege" precludes Plaintiff's claims; or Mass. Gen. Laws c. 59H (the anti-SLAPP statute) requires dismissal of Plaintiff's claims. Alternatively, Hilliard and Upton & Hatfield request the Court transfer the case to the District of New Hampshire pursuant to 28 U.S.C. §1404(a).

Hilliard's and Upton & Hatfield's Memorandum in Support is filed concurrently herewith.

**REQUEST FOR ORAL ARGUMENT**

Hilliard and Upton & Hatfield believe that oral argument may assist the Court in ruling on this Motion and, pursuant to Local Rule 7.1(d), respectfully request oral argument.

20600954.1

## LOCAL RULE 7.1(a)(2) CERTIFICATION

In accordance with Local Rule 7.1(a)(2), counsel for Hilliard and Upton & Hatfield certifies that he attempted to confer with Plaintiff, Andre Bisasor in an attempt to confer in good faith to resolve or narrow the issue raised by this Motion but did not receive any direct response. Instead, shortly after counsel sent a message requesting a time to confer, Plaintiff filed a motion seeking to default Mr. Hilliard (Doc. no. 13), and thus it is presumed that such a conference would not resolve or narrow the issues raised by this Motion.

WHEREFORE, Defendants Russell F. Hilliard and Upton & Hatfield, LLP respectfully request this Court dismiss Plaintiff's Amended Complaint in its entirety and grant any other relief deemed just and proper, including awarding reasonable costs and attorney's fees. Alternatively, this Court should transfer this matter to the District of New Hampshire.

> Respectfully submitted,
> The Defendants,
> RUSSELL F. HILLIARD and
> UPTON & HATFIELD, LLP,
> By its attorneys,
>
> */s/ Daniel R. Sonneborn*
> William C. Saturley (BBO # 442800)
> wsaturley@preti.com
> Daniel R. Sonneborn (BBO # 679229)
> dsonneborn@preti.com
> Preti Flaherty Beliveau & Pachios, LLP
> 60 State Street, Suite 1100
> Boston, MA 02109
> T: (617) 226-3800

Dated: June 16, 2023

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true copy of this document to be served via electronic filing on all counsel of record or pro se parties on June 16, 2023.

/s/ <u>*Daniel R. Sonneborn*</u>
Daniel R. Sonneborn

20600954.1