# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE BISASOR,<br>　　　Plaintiff,<br><br>vs.<br><br>CRAIG S. DONAIS, RUSSELL F.<br>HILLIARD, DONAIS LAW OFFICES<br>PLLC, UPTON AND HATFIELD LLP,<br>and MARY K. DONAIS,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:23-cv-11313-WGY<br>)<br>)<br>)<br>)<br>) |

## <u>AFFIDAVIT OF RUSSELL F. HILLIARD IN SUPPORT OF MOTION TO DISMISS</u>

I, Russell F. Hilliard, upon oath, depose and state as follows:

1.　　My name is Russell F. Hilliard. I am an attorney and partner with the New Hampshire law firm Upton & Hatfield, LLP. I am familiar with the allegations as asserted in the Amended Complaint filed by Andre Bisasor, a copy of which I received via regular mail only on May 11, 2023 at my home address in Portsmouth, NH.

2.　　I have been licensed to practice law in New Hampshire since 1976. I received my undergraduate degree from Rensselaer Polytechnic Institute in 1973 and my J.D. from Cornell Law School in 1985. I received an L.L.M. in taxation from Boston University Law School in 1985.

3.　　I did not take the Massachusetts bar exam and have never sought licensure as a practicing attorney in Massachusetts, other than appearing sporadically *pro hac vice* for certain matters.

4.　　I have never appeared *pro hac vice* or otherwise on behalf of Craig Donais regarding any matter brought by Mr. Bisasor in Massachusetts.

1

5.    I have represented Craig Donais in matters brought within the New Hampshire judicial system against him by Mr. Bisasor.

6.    Contrary to the assertions in the Amended Complaint, I have not recently appeared *pro hac vice* in any Massachusetts courts – state, federal (including bankruptcy), or otherwise. To the best of my knowledge, the last case in Massachusetts in which I appeared *pro hac vice* was the matter of *Niedermeier v. Duckett*, Case No. 1:15-cv-11663-FDS, in the United States District Court for the District of Massachusetts. That matter concluded in 2018 and was unrelated to Mr. Bisasor or his claims against Mr. Donais.

7.    I have listened via Zoom, as a member of the public and not as his counsel in the matter, to a hearing in one of Mr. Bisasor's other lawsuits against Mr. Donais in Massachusetts, but did not participate or otherwise represent Mr. Donais in that matter or at that hearing.

8.    I do not actively practice law in the Commonwealth of Massachusetts.

9.    All of my contacts and communications with Mr. Bisasor have been in connection with my representation of Mr. Donais in matters related to actions brought by Mr. Bisasor against him in New Hampshire.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 16, 2023.

*/s/ Russell F. Hilliard*
Russell F. Hilliard