## Re: Intent to File | Assent Sought

From:  Sonneborn, Daniel R. (dsonneborn@preti.com)

To:    quickquantum@aol.com

Date:  Tuesday, June 20, 2023 at 05:15 PM EDT

Andre,

How long of a continuance do you seek? We would like to keep this date or a few days around that. If the Court approves your attendance virtually that is fine with me.

Thank you,
Dan

**Daniel R. Sonneborn**
Director
617.226.3852 Tel
dsonneborn@preti.com
Bio | LinkedIn | Twitter | preti.com

PretiFlaherty
60 State Street
Suite 1100
Boston, MA 02109

> On Jun 20, 2023, at 1:49 PM, Andre Bisasor <quickquantum@aol.com> wrote:
>
>
> **Note:** *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.***

P.S. I saw that the notice of hearing said in person only. Due to medical disability related to Covid among other things, I also intend to seek virtual attendance. [NB: This is a known issue from state court.]. Do you have any issue with either my proceeding by virtual or us both proceeding by virtual? -Andre

On Tuesday, June 20, 2023 at 12:47:30 PM EDT, Andre Bisasor <quickquantum@aol.com> wrote:

Dan,

I would like to move to reschedule the hearing. Would you have any problem with that?

-Andre

On Tuesday, June 20, 2023 at 11:46:10 AM EDT, Sonneborn, Daniel R. <dsonneborn@preti.com> wrote:

Andre,

Given the hearing date of July 27th, you can note that I assent/do not object to an extension through July 17th.

Thanks,

Dan

**Daniel R. Sonneborn**
Director
**Preti**Flaherty

**From:** Andre Bisasor <quickquantum@aol.com>
**Sent:** Tuesday, June 20, 2023 10:45 AM
**To:** Sonneborn, Daniel R. <DSonneborn@preti.com>
**Subject:** Re: Intent to File | Assent Sought

**Note:** *** **This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.*****

Dan: I am just checking to confirm that you saw my reply below.

-Andre

On Monday, June 19, 2023 at 05:50:23 PM EDT, Andre Bisasor <quickquantum@aol.com> wrote:

About 60 days, until the end of August.

Which of my motions and what time are you looking at?

On Monday, June 19, 2023 at 04:55:11 PM EDT, Sonneborn, Daniel R. <dsonneborn@preti.com> wrote:

Mr. Bisasor,

That should be fine but how long of an extension are you seeking? I have been away and may ask the same for some of your motions. Please let me know on the length of the extension.

Thank you,

Dan

**Daniel R. Sonneborn**
Director
617.226.3852 Tel
dsonneborn@preti.com
Bio | LinkedIn | Twitter | preti.com

PretiFlaherty
60 State Street
Suite 1100
Boston, MA 02109

On Jun 19, 2023, at 4:18 PM, Andre Bisasor <quickquantum@aol.com> wrote:

**Note:** *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.***

Mr. Sonneborn,

I intend to move for an extension of time to file an opposition to your motion.

Given the simplicity of that request, I would like to know if you will assent, or at least not object.

Sincerely,

Andre Bisasor

This E-Mail may contain information that is privileged, confidential and / or exempt from discovery or disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you are not the intended recipient of this communication, and have received it in error, please do not distribute it and notify me immediately by E-mail at dsonneborn@preti.com or via telephone at 617.226.3800 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

This E-Mail may contain information that is privileged, confidential and / or exempt from discovery or disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you are not the intended recipient of this communication, and have received it in error, please do not distribute it and notify me immediately by E-mail at dsonneborn@preti.com or via telephone at 617.226.3800 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

Case 1:23-cv-00374-JL-TSM Document 19-3 Filed 06/21/23 Page 4 of 4

This E-Mail may contain information that is privileged, confidential and / or exempt from discovery or disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you are not the intended recipient of this communication, and have received it in error, please do not distribute it and notify me immediately by E-mail at dsonneborn@preti.com or via telephone at 617.226.3800 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.