## RE: Intent to file | Assent Sought

From:  Landers, Edwin (elanders@morrisonmahoney.com)

To:    quickquantum@aol.com

Cc:    idonovan@morrisonmahoney.com

Date:  Tuesday, June 20, 2023 at 02:20 PM EDT

Mr. Bisasor,

Our clients wish to keep the scheduled hearing date.

Sincerely,
Ed

**Edwin F. Landers, Jr.**
Partner

MORRISON MAHONEY LLP
250 Summer Street, Boston, MA  02210
T (617) 439-7583 | F (617) 342-4967
ELanders@morrisonmahoney.com | www.morrisonmahoney.com

Connecticut | Massachusetts | New Hampshire | New Jersey | New York | Rhode Island | United Kingdom

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Andre Bisasor <quickquantum@aol.com>
**Sent:** Tuesday, June 20, 2023 1:18 PM
**To:** Landers, Edwin <ELanders@morrisonmahoney.com>
**Cc:** Donovan, Ian <IDonovan@morrisonmahoney.com>
**Subject:** Re: Intent to file | Assent Sought

**External Email from Andre Bisasor <quickquantum@aol.com>. Do not click on links, open attachments, or reply before confirming this is a valid email.**

Ed,

I just saw that there was a hearing just set for July 27. I would like to move to reschedule the hearing. Would you have any problem with that?

-Andre

On Tuesday, June 20, 2023 at 11:44:30 AM EDT, Andre Bisasor <quickquantum@aol.com> wrote:

Mr. Lamders:

60 days extension is reasonable because it is needed for the following reasons:

1. I have medical issues/schedule that require an extension of time. I have many medical appointments in July for example.

2. There are two motions to dismiss that I have to respond to, not just one.

3. The two motions to dismiss are complex. There are over 40 pages of motions to dismiss. This is not a routine motion. It is a dispositive motion. Motions to dismiss are routinely understood by parties and courts to reasonably be in need of extension of time, even for many lawyers, but especially for pro se.

4. The motions to dismiss include anti-slapp motions which are very tricky burdensome motions that carry very complex and serious ramifications that is not easy for a pro se to properly and fully understand without legal assistance or without adequate time to research the issues and case law. This case was just removed to federal court. I was blindsided and given no warning about this removal. Also, I was blindsided and given no indication that an anti-slapp motion would be included.

5. There are at lease 4 defendant lawyers working on this case plus the two lawyer defendants and the entire law firm defendant.

6. I am pro se

7. I need a lawyer to assist and need time to seek and obtain counsel. With the July 4 holiday coming up, July 7 will clearly not be enough to do that.

8. In state court, you requested 30 days extension until June 13 to respond to the complaint. This was on top of having been served the complaint since April 14, 2023. If you as an established lawyer with a legal team with you needed 60 days to respond to the complaint, then it is not unreasonable that I as a pro se non lawyer would need at least as much time, if not more than you needed.

Can you please review the above and reconsider my request?  NB: You are not supposed to unreasonably withhold assent or cooperation on routine matters of procedure before the court.

-Andre

On Tuesday, June 20, 2023 at 11:31:00 AM EDT, Landers, Edwin <elanders@morrisonmahoney.com> wrote:

Mr. Bisasor,

60 days is an unreasonable extension request.  Since July 3 is the day before the holiday, we would not oppose an extension request until July 7, 2023.

Sincerely,

Ed

**Edwin F. Landers, Jr.**
Partner

MORRISON MAHONEY LLP
250 Summer Street, Boston, MA  02210
T (617) 439-7583 | F (617) 342-4967
ELanders@morrisonmahoney.com | www.morrisonmahoney.com

Connecticut | Massachusetts | New Hampshire | New Jersey | New York | Rhode Island | United Kingdom

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Andre Bisasor <quickquantum@aol.com>
**Sent:** Tuesday, June 20, 2023 11:17 AM
**To:** Landers, Edwin <ELanders@morrisonmahoney.com>
**Cc:** Donovan, Ian <IDonovan@morrisonmahoney.com>
**Subject:** Re: Intent to file | Assent Sought

---

**External Email from Andre Bisasor <quickquantum@aol.com>. Do not click on links, open attachments, or reply before confirming this is a valid email.**

---

Mr. Landers, an opposition is due 6/27/23. July 3 is only about 5 days. That is not adequate time. I am seeking an extension until end of August (60 days).

-Andre

On Tuesday, June 20, 2023 at 11:11:27 AM EDT, Landers, Edwin <elanders@morrisonmahoney.com> wrote:

Mr. Bisasor,

We would not oppose an extension until July 3, 2023.

Sincerely,

Ed

**Edwin F. Landers, Jr.**
Partner

MORRISON MAHONEY LLP
250 Summer Street, Boston, MA 02210
T (617) 439-7583 | F (617) 342-4967
ELanders@morrisonmahoney.com | www.morrisonmahoney.com

Connecticut | Massachusetts | New Hampshire | New Jersey | New York | Rhode Island | United Kingdom

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Andre Bisasor <quickquantum@aol.com>
**Sent:** Tuesday, June 20, 2023 10:44 AM
**To:** Landers, Edwin <ELanders@morrisonmahoney.com>
**Subject:** Re: Intent to file | Assent Sought

---

**External Email from Andre Bisasor <quickquantum@aol.com>. Do not click on links, open attachments, or reply before confirming this is a valid email.**

---

Mr. Landers, could you please let me know your reply as soon as possible. This is a simple procedural request and does not involve any merits of the case. It should be simple to provide a quick reply.

NB: If you would like an extension as well, please let me know.

Sincerely,

Andre Bisasor

On Monday, June 19, 2023 at 04:17:09 PM EDT, Andre Bisasor <quickquantum@aol.com> wrote:

Mr. Landers,

I intend to move for an extension of time to file an opposition to your motion.

Given the simplicity of that request, I would like to know if you will assent or at least Assentnot object.

Sincerely,

Andre Bisasor