# 2273CV00430 Bisasor, Andre vs. Hilliard, Russell F et al

- Case Type:
- Torts
- Case Status:
- Closed
- File Date
- 06/20/2022
- DCM Track:
- A - Average
- Initiating Action:
- Defamation
- Status Date:
- 06/12/2023
- Case Judge:
- 
- Next Event:

**All Information** | **Party** | **Event** | **Tickler** | **Docket** | **Disposition**

## Party Information

**Bisasor, Andre**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

**More Party Information**

**Hilliard, Russell F**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Saturley, Esq., William C
- Bar Code
- 442800
- Address
- Preti Flaherty Beliveau and Pachios, LLP
  60 State St Suite 1100
  Boston, MA  02109
- Phone Number
- (617)226-3800
- Attorney
- Sonneborn, Esq., Daniel R
- Bar Code
- 679229
- Address
- Preti Flaherty Beliveau and Pachios, LLP
  60 State St Suite 1100
  Boston, MA  02109
- Phone Number
- (617)226-3800

**More Party Information**

**Donais, Craig S**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Landers, Jr., Esq., Edwin F
- Bar Code
- 559360
- Address
- Morrison Mahoney LLP

- 250 Summer St
  Boston, MA  02210
  Phone Number
  (617)439-7583

**More Party Information**

**Donais Law Offices PLLC**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- Landers, Jr., Esq., Edwin F<br>- Bar Code<br>- 559360<br>- Address<br>- Morrison Mahoney LLP<br>  250 Summer St<br>  Boston, MA  02210<br>- Phone Number<br>- (617)439-7583 |

**More Party Information**

**Upton and Hatfield LLP**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- Saturley, Esq., William C<br>- Bar Code<br>- 442800<br>- Address<br>- Preti Flaherty Beliveau and Pachios, LLP<br>  60 State St Suite 1100<br>  Boston, MA  02109<br>- Phone Number<br>- (617)226-3800<br>- Attorney<br>- Sonneborn, Esq., Daniel R<br>- Bar Code<br>- 679229<br>- Address<br>- Preti Flaherty Beliveau and Pachios, LLP<br>  60 State St Suite 1100<br>  Boston, MA  02109<br>- Phone Number<br>- (617)226-3800 |

**More Party Information**

**Donais, Mary K**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- Landers, Jr., Esq., Edwin F<br>- Bar Code<br>- 559360<br>- Address<br>- Morrison Mahoney LLP<br>  250 Summer St<br>  Boston, MA  02210<br>- Phone Number<br>- (617)439-7583 |

**More Party Information**

### Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 06/27/2023 02:30 PM | Civil A (New Bedford) | Lower Courtroom | Hearing for Funds | Yessayan, Hon. Raffi N | Rescheduled |
| 07/10/2023 03:00 PM | Civil A (New Bedford) | Lower Courtroom | Hearing for Funds | Yessayan, Hon. Raffi N | Canceled |

### Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 06/20/2022 | 04/07/2023 | 291 | 06/12/2023 |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Answer | 06/21/2022 | 05/08/2023 | 321 | 06/12/2023 |
| Rule 12/19/20 Served By | 06/21/2022 | 10/19/2022 | 120 | 06/12/2023 |
| Rule 12/19/20 Filed By | 06/21/2022 | 11/18/2022 | 150 | 06/12/2023 |
| Rule 12/19/20 Heard By | 06/21/2022 | 12/19/2022 | 181 | 06/12/2023 |
| Rule 15 Served By | 06/21/2022 | 08/15/2023 | 420 | 06/12/2023 |
| Rule 15 Filed By | 06/21/2022 | 09/14/2023 | 450 | 06/12/2023 |
| Rule 15 Heard By | 06/21/2022 | 09/14/2023 | 450 | 06/12/2023 |
| Discovery | 06/21/2022 | 06/10/2024 | 720 | 06/12/2023 |
| Rule 56 Served By | 06/21/2022 | 07/10/2024 | 750 | 06/12/2023 |
| Rule 56 Filed By | 06/21/2022 | 08/09/2024 | 780 | 06/12/2023 |
| Final Pre-Trial Conference | 06/21/2022 | 12/09/2024 | 902 | 06/12/2023 |
| Judgment | 06/21/2022 | 06/20/2025 | 1095 | 06/12/2023 |

**Docket Information**

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 06/20/2022 | Complaint electronically filed. | 1 | Image |
| 06/20/2022 | Civil action cover sheet filed. | 2 | Image |
| 06/21/2022 | Case assigned to: DCM Track A - Average was added on 06/21/2022 | | Image |
| 06/23/2022 | Determination regarding normal fees and costs ALLOWED FORTHWITH by Clerk waived in full , pursuant to G. L. c. 261, § 27C(2). fling fee, summons, service of process<br><br>Judge: Sullivan, Jennifer A | 4 | |
| 06/28/2022 | One Trial case reviewed by Clerk, case to remain in the Superior Court.<br><br>Judge: Sullivan, Jennifer A | | |
| 06/28/2022 | Docket Note: 3 copies of the complaint, civil action cover sheet, civil tracking orders, 2 summonses and 1 copy of Determination regarding fees and costs sent to Self represented plaintiff this day | | |
| 09/19/2022 | Self-Represented Plaintiff Andre Bisasor's Request to extend time for service of process | 6 | |
| 09/24/2022 | Determination regarding extra fees and costs DENIED by judge , pursuant to G. L. c. 261, § 27C(2). The application is DENIED with respect to the extra fees and costs indicated in the application, because I find that service can be effectuated by certified mail return receipt alone - Mass. R. Civ. P. 4<br><br>Judge: Dupuis, Hon. Renee P | 7 | Image |
| 09/24/2022 | Endorsement on Request for Waiver of Costs (#6.0): ALLOWED Treating this filing as a motion to extend time for service, allowed, 60 day extension.<br><br>Judge: Dupuis, Hon. Renee P | | Image |
| 11/21/2022 | Self-Represented Plaintiff Andre Bisasor's Motion to extend time for service of process | 9 | Image |
| 11/29/2022 | Determination regarding normal fees and costs ALLOWED by judge waived in full , pursuant to G. L. c. 261, § 27C(2). service by certified mail - plaintiff to provide to clerk, summons, complaint and addressed envelopes<br><br>Judge: Sullivan, Hon. Susan E | 9.1 | Image |
| 01/24/2023 | Endorsement on Motion to extend time to serve process on defendants (#9.0): ALLOWED Plaintiff shall provide to clerk's office completed summonses, copies of complaint and civil action cover sheet, and envelopes addressed to defendants by 2/10/2023 and the clerk's office will arrange for service by certified mail.<br><br>Judge: Sullivan, Hon. Susan E | | Image |
| 02/03/2023 | Plaintiff Andre Bisasor's EMERGENCY Motion to extend time for service of process | 10 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 02/03/2023 | Endorsement on Motion to extend deadline provided in Court's 1-24-23 ORDER (#10.0): ALLOWED in part. Extension for service of process to April 7, 2023.<br><br>Judge: Sullivan, Hon. Susan E | | Image |
| 04/05/2023 | Self-Represented Plaintiff Andre Bisasor's EMERGENCY Motion to extend deadline in Court's 2-3-23 Order | 11 | Image |
| 04/05/2023 | Endorsement on Motion to Extend Deadline in Court's 2-3-23 Order (#11.0): DENIED<br><br>Judge: Yessayan, Hon. Raffi N | | Image |
| 04/07/2023 | Self-Represented Plaintiff Andre Bisasor's EMERGENCY Motion to reconsider the plaintiff's final (Emergency) motion to extend deadline in Court's 2-3-23 ORDER. | 12 | Image |
| 04/07/2023 | Endorsement on Motion to Reconsider the Plaintiff's Final (Emergency) Motion to Extend Deadline in Court's 2-3-23 Order (#12.0): ALLOWED<br>Motion Allowed, to the extent that the plaintiff shall deliver all documents in accordance with the Court's previous Order to the clerk's office by 4/14/23.<br><br>Judge: Yessayan, Hon. Raffi N | | Image |
| 04/14/2023 | General correspondence regarding Instructions for Service by Sheriff Via Certified Mail | 13 | Image |
| 05/04/2023 | Amended: First amended complaint filed by Andre Bisasor | 14 | Image |
| 05/05/2023 | Notice of 93A complaint sent to Attorney General<br>First Amended Complaint | | Image |
| 05/15/2023 | Service Returned for<br>Defendant Donais, Craig S: Service via certified mail; | 15 | Image |
| 05/15/2023 | Summons, returned SERVED<br><br>Applies To: Donais, Craig S (Defendant) | 15.1 | Image |
| 05/15/2023 | Service Returned for<br>Defendant Hilliard, Russell F: Service via certified mail; | 16 | Image |
| 05/15/2023 | Summons, returned SERVED<br><br>Applies To: Hilliard, Russell F (Defendant) | 16.1 | Image |
| 05/15/2023 | Summons, returned SERVED<br>certified mail regarding amended complaint.<br><br>Applies To: Donais, Craig S (Defendant) | 17 | Image |
| 05/15/2023 | Summons, returned SERVED<br><br>Applies To: Donais, Craig S (Defendant) | 17.1 | Image |
| 05/15/2023 | Summons, returned SERVED<br>regarding amended complaint<br><br>Applies To: Hilliard, Russell F (Defendant) | 18 | Image |
| 05/15/2023 | Summons, returned SERVED<br><br>Applies To: Hilliard, Russell F (Defendant) | 18.1 | Image |
| 05/16/2023 | Self-Represented Plaintiff Andre Bisasor's EMERGENCY Motion to allow service of process though the Clerks Office on newly added Defendants | 19 | Image |
| 05/22/2023 | Self-Represented Plaintiff Andre Bisasor's Motion for Default of Defendant Craig Donais and Affidavit | 20 | Image |
| 05/22/2023 | Self-Represented Plaintiff Andre Bisasor's Motion for Default of Defendant Russell Hilliard and Affidavit | 21 | Image |
| 05/22/2023 | Self-Represented Plaintiff Andre Bisasor's Motion to Transfer case to Taunton Location | 22 | Image |
| 05/23/2023 | Opposition to to Plaintiffs motion to Default him filed by Russell F Hilliard | 23 | Image |
| 05/23/2023 | Attorney appearance<br>On this date William C Saturley, Esq. added for Defendant Russell F Hilliard | | |
| 05/23/2023 | Attorney appearance<br>On this date Daniel R Sonneborn, Esq. added for Defendant Russell F Hilliard | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 05/23/2023 | Self-Represented Plaintiff Andre Bisasor's Notice of intent to reply to Defendant Russell Hiliard's Opposition to Plaintiff's motion for Default | 24 | Image |
| 05/23/2023 | Opposition to Plaintiff's motion for Default filed by Craig S Donais | 25 | Image |
| 05/23/2023 | Attorney appearance electronically filed. | | Image |
| 05/23/2023 | Attorney appearance<br>On this date Edwin F Landers, Jr., Esq. added for Defendant Craig S Donais, Defendant Donais Law Offices PLLC, Defendant Mary K Donais. | 26 | Image |
| 06/02/2023 | Endorsement on Motion to Transfer case to Taunton location (#22.0): DENIED<br><br>Judge: Yessayan, Hon. Raffi N | | Image |
| 06/02/2023 | Endorsement on Motion to allow service of process through the Clerk's office on newly added Defendant's (#19.0): No Action Taken<br>as this action is moot<br><br>Judge: Yessayan, Hon. Raffi N | | Image |
| 06/02/2023 | Endorsement on Motion for Default of Defendant Craig Donais (#20.0): DENIED<br>for the reasons stated in the opposition<br><br>Judge: Yessayan, Hon. Raffi N | | Image |
| 06/02/2023 | Endorsement on Motion for Default of Defendant Russell Hilliard (#21.0): DENIED<br>as for the reasons stated in the opposition<br><br>Judge: Yessayan, Hon. Raffi N | | Image |
| 06/09/2023 | Notice of appeal filed.<br><br>Applies To: Bisasor, Andre (Plaintiff) | 31 | Image |
| 06/09/2023 | Event Result::  Hearing for Funds scheduled on:<br>         06/27/2023 02:30 PM<br>Has been: Rescheduled      For the following reason: Request of Plaintiff<br>Jennifer A Sullivan, Presiding | | |
| 06/09/2023 | Notice of Removal to the United States District Court filed by<br><br>Applies To: Upton and Hatfield LLP (Defendant)<br><br>(Case 1:23-cv-11313) | 32 | Image |
| 06/12/2023 | ORDER: Endorsement Upon Further Consideration of Plaintiff's "[Emergency] Motion to Allow Service of Process Through the Clerk's Office on Newly Added Defendants" (Paper #19):<br>After further consideration, plaintiff's Emergency Motion is ALLOWED.  Upon initial review of this Emergency Motion, the court was under the mistaken impression that service of the complaint had actually been made upon the newly added defendants; hence the initial margin endorsement reading, "No Action Taken as this matter is moot."<br>Plaintiff filed this Emergency Motion on 5/16/23.  When the court reviewed this filing on 6/2/23, it also reviewed other documents in the docket, including the Notice of Appearance of Edwin Landers on behalf of the Defendants Donais Law Offices PLLC and Mary K. Donais, two of the newly added defendants (Paper #26, filed on 5/23/23, seven days after the plaintiff filed the Emergency Motion).  After seeing this Notice of Appearance on behalf of the newly added defendants, the court mistakenly believed that, subsequent to the filing of plaintiff's Emergency Motion, service had actually been made upon the newly added defendants.  The court's error in this regard was made quite clear when on 6/8/23, the court received plaintiff's "Emergency Request #1" (Paper #27) essentially addressing this same matter and informing the court that service of the complaint had not yet been made upon the newly added defendants.  This being the case, this matter is obviously not "moot."  Upon receipt of plaintiff's Emergency Request #1, the court treats it as a Motion to Reconsider the court's earlier endorsement on plaintiff's original Emergency Motion (Paper #19).  Based on the foregoing, and upon further consideration, plaintiff's Emergency Motion to Allow Service of Process Through the Clerk's Office on Newly Added Defendants is ALLOWED.<br><br>Judge: Yessayan, Hon. Raffi N | 33 | Image |
| 06/12/2023 | Affidavit of Service/Return of Service Confirmation - Mary K. Donais | 34 | Image |
| 06/12/2023 | Affidavit of Service/Return of Service Confirmation - Donais Law Offices | 35 | Image |
| 06/12/2023 | Self-Represented Plaintiff Andre Bisasor's EMERGENCY Notice to the Clerk/Court of the Improper Filing & Incorrect Date of Filing by Defendant Upton & Hatfield of a Notice of Removal to Federal Court | 36 | Image |
| 06/12/2023 | Notice of appeal filed. | 37 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Applies To: Bisasor, Andre (Plaintiff) | | |
| 06/12/2023 | Self-Represented Plaintiff Andre Bisasor's EMERGENCY Motion to Enter Default Against Defendant Craig Donais and Affidavit Based on Additional/New Information or in the Alternative [Emergency] Motion for Reconsideration of Plaintiff's Motion for Default of Defendant Craig Donais and Affidavit | 38 | Image |
| 06/12/2023 | Self-Represented Plaintiff Andre Bisasor's EMERGENCY Motion to Enter Default Against Defendant Russell Hilliard and Affidavit Based on Additional/New Information or in the Alternative [Emergency] Motion for Reconsideration of Plaintiff's Motion for Default of Defendant Russell Hilliard and Affidavit | 39 | Image |
| 06/12/2023 | Event Result::  Hearing for Funds scheduled on: <br>        07/10/2023 03:00 PM <br> Has been: Canceled     For the following reason: Case Disposed <br> Comments: Case removed to US District Court <br> Hon. Raffi N Yessayan, Presiding | | |
| 06/12/2023 | Case transferred to United States District Court. (Case: 1:23-cv-11313) | | |

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| Transferred to another Court | 06/12/2023 | |