## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action
No 23-11313-WGY

BIASASOR
Plaintiff
v.

DONAIS et al
Defendants

## ORDER OF TRANSFER

**YOUNG, D.J.**

In accordance with the Court's Order entered on 7/27/2023, this case is hereby transferred to the United States District Court for the District of New Hampshire.

By the Court,

 /s/ Jennifer Gaudet
Deputy Clerk

July 27, 2023