# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:23−cv−11313−WGY

Bisasor v. Donais et al  
Assigned to: Judge William G. Young  
Demand: $500,000  
Case in other court: Bristol Superior Court, 2273CV00430  
Cause: 28:1332 Diversity−Petition for Removal  

Date Filed: 06/09/2023  
Date Terminated: 07/28/2023  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Andre C. Bisasor**      represented by     **Andre C. Bisasor**  
679 Washington Street, #8−206  
Attleboro  
Email: quickquantum@aol.com  
PRO SE  

V.

**Defendant**

**Craig Donais**      represented by     **Edwin F. Landers , Jr.**  
Morrison Mahoney LLP  
250 Summer Street  
Boston, MA 02210  
617−439−7583  
Fax: 617−342−4967  
Email: elanders@morrisonmahoney.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Ian Donovan**  
Morrison Mahoney  
250 Summer St.  
Boston, MA 02210  
617−737−8834  
Email: idonovan@morrisonmahoney.com  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Mary Donais**      represented by     **Edwin F. Landers , Jr.**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Ian Donovan**  
(See above for address)  
*ATTORNEY TO BE NOTICED*  

**Defendant**

| | | |
|---|---|---|
| **Donais Law Offices, PLLC** | represented by | **Edwin F. Landers , Jr.** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Ian Donovan** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Russell Hilliard** | represented by | **Daniel R. Sonneborn** Preti Flaherty Beliveau & Pachios LLP 60 State Street, Suite 1100 Boston, MA 02109 617–226–3852 Email: dsonneborn@preti.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Upton & Hatfield, LLP** | represented by | **Daniel R. Sonneborn** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2023 | Ï 1 | NOTICE OF REMOVAL by Upton & Hatfield, LLP ( Filing fee: $ 402, receipt number AMADC–9898752 Fee Status: Filing Fee paid) (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Category Form Category Form, # 3 Exhibit 1 – Amended Complaint, # 4 Exhibit 2 – State Court Docket, # 5 Exhibit 3 – Previously filed Plaintiffs Affidavit Concerning Damages Amount for Craig Donais Case, Middlesex Superior Court Civil Action No. 2081CV00087, paper no. 11, filed November 12, 2020)(Sonneborn, Daniel) (Entered: 06/09/2023) |
| 06/12/2023 | Ï 2 | Certified Copy of Notice of Removal Provided to Defense Counsel by mail (Geraldino–Karasek, Clarilde) (Entered: 06/12/2023) |
| 06/12/2023 | Ï 3 | ELECTRONIC NOTICE TO COUNSEL: The Category form filed with the Notice of Removal indicates there are pending motions that need this court's attention. Please re–file any pending motions from State Court into this District Court Record.(Geraldino–Karasek, Clarilde) (Entered: 06/12/2023) |
| 06/12/2023 | Ï 4 | ELECTRONIC NOTICE of Case Assignment. Judge William G. Young assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (Finn, Mary) (Entered: 06/12/2023) |
| 06/12/2023 | Ï 5 | MOTION for Leave to file electronically Pro Se by Andre Bisasor.(Paine, Matthew) (Entered: 06/12/2023) |
| 06/13/2023 | Ï 6 | Judge William G. Young: ELECTRONIC ORDER entered granting 5 Motion for leave to electronically file Pro Se. |

| | | |
|---|---|---|
| | | Pro se litigants must have an individual PACER account to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. |
| | | Pro se e−filing account Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−se.htm. |
| | | If you already have a PACER account with E−Filing access as a pro se litigant, you do not need to register again. Please email tracy_mclaughlin@mad.uscourts.gov. |
| | | (Paine, Matthew) (Entered: 06/13/2023) |
| 06/13/2023 | Ï 7 | MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire* by Craig Donais, Mary Donais, Donais Law Offices, PLLC.(Landers, Edwin) (Entered: 06/13/2023) |
| 06/13/2023 | Ï 8 | MEMORANDUM in Support re 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Landers, Edwin) (Entered: 06/13/2023) |
| 06/13/2023 | Ï 9 | EMERGENCY MOTION to Stay Case Due to Pendency of Another Related Proceeding and Appeal in State Court, by Andre Bisasor.(Paine, Matthew) (Entered: 06/13/2023) |
| 06/13/2023 | Ï 10 | EMERGENCY MOTION for Leave to File Amended Complaint by Andre Bisasor.(Paine, Matthew) (Entered: 06/13/2023) |
| 06/13/2023 | Ï 11 | MOTION to Remand to State Court by Andre Bisasor.(Paine, Matthew) (Entered: 06/13/2023) |
| 06/13/2023 | Ï 12 | Renewed MOTION for Entry of Default Against Defendant Craig Donais and Affidavit, by Andre Bisasor. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Paine, Matthew) (Entered: 06/13/2023) |
| 06/15/2023 | Ï 13 | MOTION for Entry of Default *[Re−Filed]*. (Attachments: # 1 Exhibit Renewed Motion to Enter Default Against Defendant Russell Hilliard [filed in state court])(, ) (Main Document 13 replaced on 6/24/2023) (Paine, Matthew). (Entered: 06/15/2023) |
| 06/16/2023 | Ï 14 | Amended MOTION for Entry of Default *AMENDED [RE−FILED] RENEWED MOTION TO ENTER DEFAULT AGAINST DEFENDANT CRAIG DONAIS AND AFFIDAVIT [WITH INCORPORATED MEMORANDUM]* by Andre Bisasor. (Attachments: # 1 Exhibit A − Emergency Renewed Motion to Enter Default or Emergency Motion to Reconsider Motion for Default Against Defendant Donais (filed first in state court before removal))(, ) (Main Document 14 replaced on 6/24/2023) (Paine, Matthew). (Entered: 06/16/2023) |
| 06/16/2023 | Ï 15 | MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire* by Russell Hilliard.(Sonneborn, Daniel) (Entered: 06/16/2023) |
| 06/16/2023 | Ï 16 | MEMORANDUM in Support re 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire* filed by Russell Hilliard, Upton & Hatfield, LLP. (Attachments: # 1 Exhibit Affidavit of Russell Hilliard)(Sonneborn, Daniel) (Entered: 06/16/2023) |
| 06/20/2023 | Ï 17 | ELECTRONIC NOTICE Setting Hearing on Motion 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire*, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire* : Motion Hearing set for 7/27/2023 at 11:00 AM in Courtroom 18 (In person only) before Judge William G. Young. (Gaudet, Jennifer) (Entered: 06/20/2023) |
| 06/20/2023 | Ï 18 | STATE COURT Record Russell Hilliard summons served on 5/8/2023, answer due 5/30/2023; Upton & Hatfield, LLP summons served on 5/11/2023, answer due 6/1/2023.. (Sonneborn, Daniel) (Entered: 06/20/2023) |

| | | |
|---|---|---|
| 06/21/2023 | 19 | Emergency MOTION for Extension of Time to 8/30/23 to Partially Assented To Emergency Motion toFile Oppositions to Defendants' Motions to Dismiss and to Continue 7/27/27 Hearing *[Partially Assented to]* by Andre Bisasor. (Attachments: # 1 Exhibit 1 – Email exchange with federal court clerks, # 2 Exhibit 2 – Email exchange with Attorney Dan Sonneborn, # 3 Exhibit 3 – Email exchange with Attorney Ed Landers)(, ) (Main Document 19 replaced on 6/24/2023) (Paine, Matthew). (Entered: 06/21/2023) |
| 06/22/2023 | 20 | NOTICE of Appearance by Ian Donovan on behalf of Craig Donais, Mary Donais, Donais Law Offices, PLLC (Donovan, Ian) (Entered: 06/22/2023) |
| 06/22/2023 | 21 | NOTICE of Appearance by Ian Donovan on behalf of Craig Donais, Mary Donais, Donais Law Offices, PLLC (Donovan, Ian) (Entered: 06/22/2023) |
| 06/22/2023 | 22 | Judge William G. Young: ENDORSED ORDER entered granting in part and denying in part 19 Motion for Extension of Time<br><br>The motions to extend the hearing dates set by the Court are denied. The request that the hearings be conducted via ZOOM is allowed.<br><br>(Sonnenberg, Elizabeth) (Entered: 06/22/2023) |
| 06/23/2023 | 23 | Opposition re 10 MOTION for Leave to File filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Landers, Edwin) (Entered: 06/23/2023) |
| 06/23/2023 | 24 | Opposition re 14 Amended MOTION for Entry of Default *AMENDED [RE–FILED] RENEWED MOTION TO ENTER DEFAULT AGAINST DEFENDANT CRAIG DONAIS AND AFFIDAVIT [WITH INCORPORATED MEMORANDUM]* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Landers, Edwin) (Entered: 06/23/2023) |
| 06/23/2023 | 25 | MOTION Notice of Withdrawal of Filing *of Notice of Intent To File Motion to Remand to Re–file Within 30 days allotted by statute* by Andre Bisasor.(, ) (Entered: 06/23/2023) |
| 06/23/2023 | 26 | Opposition re 11 MOTION to Remand to State Court filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Attachments: # 1 Exhibit A – Notice of Removal)(Landers, Edwin) (Entered: 06/23/2023) |
| 06/23/2023 | 27 | Opposition re 10 MOTION for Leave to File filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Attachments: # 1 Exhibit A –MA State Court Docket Bristol 6–22–2023)(Landers, Edwin) (Entered: 06/23/2023) |
| 06/23/2023 | 28 | Opposition re 14 Amended MOTION for Entry of Default *AMENDED [RE–FILED] RENEWED MOTION TO ENTER DEFAULT AGAINST DEFENDANT CRAIG DONAIS AND AFFIDAVIT [WITH INCORPORATED MEMORANDUM]* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Attachments: # 1 Exhibit A –MA State Court Docket Bristol 6–22–2023)(Landers, Edwin) (Entered: 06/23/2023) |
| 06/23/2023 | 29 | Opposition re 9 MOTION to Stay filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Attachments: # 1 Exhibit A –MA State Court Docket Bristol 6–22–2023, # 2 Exhibit B – MA State Court Docket Middlesex 6–22–2023, # 3 Exhibit C– MA State Court Docket Appeal 6–22–2023, # 4 Exhibit D – NH State Court Docket 6–22–2023)(Landers, Edwin) (Entered: 06/23/2023) |
| 06/23/2023 | 30 | Amended Opposition re 14 Amended MOTION for Entry of Default *AMENDED [RE–FILED] RENEWED MOTION TO ENTER DEFAULT AGAINST DEFENDANT CRAIG DONAIS AND AFFIDAVIT [WITH INCORPORATED MEMORANDUM] amended transposed a date incorrectly and submit corrected document stating "appeal" to "notice of appeal"* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Attachments: # 1 Exhibit A –MA State Court Docket Bristol 6–22–2023)(Landers, Edwin) (Entered: 06/23/2023) |

| | | |
|---|---|---|
| 06/26/2023 | 31 | Judge William G. Young: ELECTRONIC ORDER entered. The plaintiff's responses to the motions to dismiss, ECF Nos. 7 and 15 , are due July 17, 2023. (Paine, Matthew) (Entered: 06/26/2023) |
| 06/26/2023 | 32 | Reset Deadlines as to 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire*, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire*. Responses due by 7/17/2023 (Paine, Matthew) (Entered: 06/26/2023) |
| 06/26/2023 | 33 | Judge William G. Young: ELECTRONIC ORDER entered denying 9 EMERGENCY MOTION to Stay Case Due to Pendency of Another Related Proceeding and Appeal in State Court. (Paine, Matthew) (Entered: 06/26/2023) |
| 06/26/2023 | 34 | Judge William G. Young: ELECTRONIC ORDER entered denying 14 Motion for Entry of Default (Paine, Matthew) (Entered: 06/26/2023) |
| 06/27/2023 | 35 | Opposition re 10 MOTION for Leave to File *Amended Complaint* filed by Russell Hilliard, Upton & Hatfield, LLP. (Sonneborn, Daniel) (Entered: 06/27/2023) |
| 06/27/2023 | 36 | Opposition re 11 MOTION to Remand to State Court filed by Russell Hilliard, Upton & Hatfield, LLP. (Sonneborn, Daniel) (Entered: 06/27/2023) |
| 06/27/2023 | 37 | Opposition re 13 MOTION for Entry of Default *[Re−Filed]* filed by Russell Hilliard. (Attachments: # 1 Exhibit 1 – State Court Docket)(Sonneborn, Daniel) (Entered: 06/27/2023) |
| 07/06/2023 | 38 | ELECTRONIC NOTICE Resetting Hearing on Motion 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire*, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire* : Motion Hearing reset for 7/27/2023 at 10:00 AM in Courtroom 18 (In person only) before Judge William G. Young. **Time change only.** (Gaudet, Jennifer) (Entered: 07/06/2023) |
| 07/07/2023 | 39 | Emergency MOTION for Extension of Time to July 17, 2023 to File *Motion to Remand* by Andre Bisasor.(, ) (Entered: 07/07/2023) |
| 07/10/2023 | 40 | Judge William G. Young: ELECTRONIC ORDER entered granting 39 Motion for Extension of Time to July 17, 2023 to File Motion to Remand by Andre Bisasor. (Gaudet, Jennifer) (Entered: 07/10/2023) |
| 07/14/2023 | 41 | Emergency MOTION for Extension of Time to July 21, 2023 to File *Oppositions to Motions to Dismiss or in the Alternative to Allow Separate Opposition to Antislapp Defense* by Andre Bisasor.(, ) (Entered: 07/14/2023) |
| 07/14/2023 | 42 | Opposition re 41 Emergency MOTION for Extension of Time to July 21, 2023 to File *Oppositions to Motions to Dismiss or in the Alternative to Allow Separate Opposition to Antislapp Defense* filed by Craig Donais. (Donovan, Ian) (Entered: 07/14/2023) |
| 07/16/2023 | 43 | Opposition re 41 Emergency MOTION for Extension of Time to July 21, 2023 to File *Oppositions to Motions to Dismiss or in the Alternative to Allow Separate Opposition to Antislapp Defense and Notice of Joinder to Donais Defendants' Opposition (doc. no. 42)* filed by Russell Hilliard, Upton & Hatfield, LLP. (Sonneborn, Daniel) (Entered: 07/16/2023) |
| 07/17/2023 | 44 | Emergency MOTION for Extension of Time to July 19, 2023 at 11.59pm to File *Modify Motion to Extend time File Oppositions to Motions to Dismiss − Expedited* by Andre Bisasor.(, ) (Entered: 07/17/2023) |
| 07/17/2023 | 45 | Judge William G. Young: ELECTRONIC ORDER entered finding as moot 41 Emergency MOTION for Extension of Time to July 21, 2023 to File Oppositions to Motions to Dismiss or in the Alternative to Allow Separate Opposition to Antislapp Defense by Andre Bisasor. **Modified motion filed on 7/17/2023.** (Gaudet, Jennifer) (Entered: 07/17/2023) |

| | | |
|---|---|---|
| 07/17/2023 | 46 | Opposition re 44 Emergency MOTION for Extension of Time to July 19, 2023 at 11.59pm to File *Modify Motion to Extend time File Oppositions to Motions to Dismiss – Expedited* filed by Craig Donais. (Donovan, Ian) (Entered: 07/17/2023) |
| 07/17/2023 | 47 | Opposition re 44 Emergency MOTION for Extension of Time to July 19, 2023 at 11.59pm to File *Modify Motion to Extend time File Oppositions to Motions to Dismiss – Expedited and Notice of Joinder* filed by Russell Hilliard, Upton & Hatfield, LLP. (Sonneborn, Daniel) (Entered: 07/17/2023) |
| 07/17/2023 | 48 | Judge William G. Young: ELECTRONIC ORDER entered granting 44 MOTION for Extension of Time to July 19, 2023 at 11:59pm to File Oppositions to Motions to Dismiss – Expedited by Andre Bisasor. (Gaudet, Jennifer) (Entered: 07/17/2023) |
| 07/17/2023 | 49 | MOTION to Remand *and affidavit with memorandum incorporated* by Andre Bisasor.(, ) (Entered: 07/17/2023) |
| 07/19/2023 | 50 | Opposition re 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire*, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire Combine Opposition* filed by Andre C. Bisasor. (, ) (Entered: 07/19/2023) |
| 07/19/2023 | 51 | Opposition re 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire*, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire Combined Opposition to AntiSlapp Motions* filed by Andre C. Bisasor. (, ) (Entered: 07/19/2023) |
| 07/20/2023 | 52 | ELECTRONIC NOTICE Resetting Hearing on Motion 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire*, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire*: Motion Hearing reset for 7/27/2023 at 12:00 PM in Remote Proceeding : Boston before Judge William G. Young. **Time change only. Hearing converted to video (zoom).**<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible.<br><br>Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.<br><br>(Gaudet, Jennifer) (Entered: 07/20/2023) |
| 07/25/2023 | 53 | Emergency MOTION for Extension of Time to to Allot 1 Hour For Hearing on 7/27/23 to to Allot 1 Hour for Hearing on 7/27/23 *Expedited/Emergency Motion* by Andre C. Bisasor.(, ) (Entered: 07/25/2023) |
| 07/25/2023 | 54 | Judge William G. Young: ELECTRONIC ORDER entered denying 53 Expedited/Emergency Motion to Allot 1 Hour for the July 27, 2023 Hearing. **Motion denied. The parties will have ten (10) minutes per side to argue.** (Gaudet, Jennifer) (Entered: 07/25/2023) |
| 07/26/2023 | 55 | Emergency MOTION for Clarification *EXPEDITED/EMERGENCY MOTION TO CLARIFY CONTENT TO BE COVERED FOR THE JULY 27, 2023 HEARING OR IN THE ALTERNATIVE TO SCHEDULE A SEPARATE HEARING FOR REMAND* by Andre C. Bisasor.(, ) (Entered: 07/26/2023) |
| 07/27/2023 | 56 | ADDENDUM re 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire*, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire* |

| | | |
|---|---|---|
| | | *SUPPLEMENT TO PLAINTIFFS OPPOSITIONS TO DEFENDANTS MOTIONS TO DISMISS* filed by Andre C. Bisasor. (, ) (Entered: 07/27/2023) |
| 07/27/2023 | 57 | Judge William G. Young: ELECTRONIC ORDER entered denying 55 Emergency MOTION for Clarification *EXPEDITED/EMERGENCY MOTION TO CLARIFY CONTENT TO BE COVERED FOR THE JULY 27, 2023 HEARING OR IN THE ALTERNATIVE TO SCHEDULE A SEPARATE HEARING FOR REMAND* filed by Andre C. Bisasor. (Gaudet, Jennifer) (Entered: 07/27/2023) |
| 07/27/2023 | 58 | ELECTRONIC NOTICE Resetting Hearing on Motion 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire*, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire* : Motion Hearing set for 7/27/2023 04:00 PM in Remote Proceeding : Boston before Judge William G. Young. Time change only.<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible.<br><br>Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.<br><br>(Gaudet, Jennifer) (Entered: 07/27/2023) |
| 07/27/2023 | 59 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 7/27/2023 (by video) re 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire* filed by Russell Hilliard, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire* filed by Craig Donais, Donais Law Offices, PLLC, Mary Donais. The Court enters an order transferring the case to the United States District Court for the District of New Hampshire in accordance with 28 U.S.C. §1404(a). No action is taken on any pending motion. (Court Reporter: Richard Romanow at bulldog@richromanow.com.)(Attorneys present: Plaintiff appears pro se; Attorneys Landers and Donovan for defendants Craig Donais, Mary Donais and Donais Law Offices, PLLC; Attorney Sonneborn for defendants Hilliard and Upton & Hatfield, LLP) (Gaudet, Jennifer) (Entered: 07/27/2023) |
| 07/27/2023 | 60 | Judge William G. Young: ORDER of Transfer to the District of New Hampshire entered. (Gaudet, Jennifer) (Entered: 07/27/2023) |
| 07/28/2023 | 61 | Case transferred to the District of New Hampshire. Case File Electronically Sent to the Clerk in that District on July 28, 2023. (Paine, Matthew) (Entered: 07/28/2023) |