UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ANDRE BISASOR,
    Plaintiff

Vs.                              CASE NO.: 1:23-CV-00374-JL

CRAIG DONAIS, RUSSELL HILLIARD,
DONAIS LAW OFFICES PLLC,
UPTON AND HATFIELD LLP and
MARY K. DONAIS,
    Defendants

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE ABOVE-NAMED COURT:

Notice is hereby given that, subject to approval by the Court, Craig S. Donais, Donais Law Offices, PLLC and Mary K. Donais substitute Linda M. Smith, State Bar No. 265038 as counsel of record in place of Ian T. Donovan. Edwin F. Landers' appearance remains in full effect.

Respectfully submitted,

FOR THE DEFENDANTS,
CRAIG DONAIS,
DONAIS LAW OFFICES PLLC and
MARY K. DONAIS

By Their Attorneys,

*/s/ Linda M. Smith*

Edwin F. Landers, Jr., #17297
elanders@morrisonmahoney.com
Linda M. Smith, #265038
lsmith@morrisonmahoney.com
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
(603) 622-3400

103016364

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **NOTICE OF SUBSTITUION OF COUNSEL** to all parties in this action by serving same via First Class U.S. mail, postage prepaid and/or electronic mail to:

| | |
|---|---|
| Andre Bisasor, Pro Se<br>679 Washington Street, Suite #8-206<br>Attleboro, MA 02703 | William Saturley, Esq.<br>Daniel R. Sonneborn, Esq.<br>Preti Flaherty<br>60 State Street, Suite 1100<br>Boston, MA 02109<br>wsaturley@preti.com<br>dsonneborn@preti.com |

Date:   August 14, 2023                    */s/ Linda M. Smith*
                                                                Linda M. Smith

103016364