# Exhibit 1

# Re: seeking permission to efile in case transferred to the NH federal court

| | |
|---|---|
| From: | Sonneborn, Daniel R. (dsonneborn@preti.com) |
| To: | elanders@morrisonmahoney.com |
| Cc: | quickquantum@aol.com; lsmith@morrisonmahoney.com |
| Date: | Friday, August 18, 2023 at 06:16 PM EDT |

I assent as well. Thank you.

**Daniel R. Sonneborn | Attorney**
PretiFlaherty
60 State Street, Suite 1100 | Boston, MA 02109
T 617.226.3852 | F 617.226.3801
dsonneborn@preti.com | www.preti.com

> On Aug 18, 2023, at 4:43 PM, Landers, Edwin <elanders@morrisonmahoney.com> wrote:
>
> **Note:** *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.***
>
> Mr. Bisasor,
>
> I assent. Please include my colleague Linda Smith on further communications in this matter.
>
> Sincerely,
>
> Ed
>
> **Edwin F. Landers, Jr.**
> Partner
>
> MORRISON MAHONEY LLP
> 250 Summer Street, Boston, MA 02210
> T (617) 439-7583 | F (617) 342-4967
> ELanders@morrisonmahoney.com | www.morrisonmahoney.com
>
> Connecticut | Massachusetts | New Hampshire | New Jersey | New York | Rhode Island | United Kingdom
>
> The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Andre Bisasor <quickquantum@aol.com>
**Sent:** Friday, August 18, 2023 3:51 PM
**To:** Daniel R. Sonneborn <dsonneborn@preti.com>; Landers, Edwin <ELanders@morrisonmahoney.com>
**Subject:** seeking permission to efile in case transferred to the NH federal court

**External Email from Andre Bisasor <quickquantum@aol.com>. Do not click on links, open attachments, or reply before confirming this is a valid email.**

Dear Dan and Ed,

I am reaching out to you because I need to file a motion for permission for basic efiling access, for our case transferred to the NH federal court. Evidently, the permission granted for efiling access that was granted in MA federal court did not carry over to the NH federal court and my having efiling access is not automatic. Therefore, I have been told that I need to re-file that motion again in NH federal court.

The clerk has asked me to get your assent so as to expedite the request for efiling access.

Do you have any problem with that?

-Andre

This E-Mail may contain information that is privileged, confidential and / or exempt from discovery or disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you are not the intended recipient of this communication, and have received it in error, please do not distribute it and notify me immediately by E-mail at dsonneborn@preti.com or via telephone at 617.226.3800 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.