UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

OFFICIAL BUSINESS

US POSTAGE — PITNEY BOWES
ZIP 03301
02 4W
0000335127 AUG 24 2023
$ 000.63

Daniel J. Lynch, Clerk
SPECIAL MAIL - Open only in presence of inmate.
LEGAL MATERIAL ENCLOSED.

RETURN TO SENDER NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD

Jose F. Ortiz Estupinan, #66791-018
Berlin - FCI
PO Box 9000
Berlin, NH 03570

NIXIE    015    FE 1    0009/03/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 03301394135    *1784-07288-24-39

Daniel J. Lynch, Clerk
SPECIAL MAIL - Open only in
presence of inmate.
LEGAL MATERIAL ENCLOSED.

## Orders on Motions
1:23-cv-00374-JL-TSM Bisasor v. Donais et al

## U.S. District Court

## District of New Hampshire

## Notice of Electronic Filing

The following transaction was entered on 8/23/2023 at 4:04 PM EDT and filed on 8/23/2023
**Case Name:**       Bisasor v. Donais et al
**Case Number:**     1:23-cv-00374-JL-TSM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ENDORSED ORDER granting re [67] Joint Assented to MOTION to Extend Time to September 27, 2023 to File Motions Previously Filed in United States District Court for the District of Massachusetts.** *Text of Order: Granted.* **So Ordered by US Magistrate Judge Talesha Leah Saint-Marc.Compliance Deadline set for 9/27/2023.(ko)**

**1:23-cv-00374-JL-TSM Notice has been electronically mailed to:**

Andre C. Bisasor     quickquantum@aol.com

Daniel R. Sonneborn     dsonneborn@preti.com, jcrowley@preti.com

Edwin F. Landers , Jr     elanders@morrisonmahoney.com

Linda M. Smith     lsmith@morrisonmahoney.com, ldale@morrisonmahoney.com

**1:23-cv-00374-JL-TSM Notice, to the extent appropriate, must be delivered conventionally to:**

Ian Donovan (Terminated)
Morrison Mahoney
250 Summer St.
Boston, MA 02210