UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ANDRE BISASOR,<br>    Plaintiff,<br><br>vs.<br><br>CRAIG S. DONAIS, RUSSELL F. HILLIARD, DONAIS LAW OFFICES PLLC, UPTON AND HATFIELD LLP, and MARY K. DONAIS,<br>    Defendants. | Case No. 1:23-cv-374-JL-TSM<br>Judge Joseph N. Laplante |

**DIVERSITY DISCLOSURE STATEMENT**
**LOCAL RULE 7.1.1**

| PARTY OR INTERVENOR NAME | CITIZENSHIP |
|---|---|
| Defendant Russell F. Hilliard | New Hampshire |
| Defendant Upton & Hatfield, LLP | New Hampshire |

| NAMES OF ALL INDIVIDUALS OR ENTITIES ATTRIBUTED TO PARTY OR INTERVENOR | RELATIONSHIP TO PARTY OR INTERVENOR | CITIZENSHIP |
|---|---|---|
| Heather M. Burns | Partner, Upton & Hatfield, LLP | New Hampshire |
| Lauren S. Irwin | Partner, Upton & Hatfield, LLP | New Hampshire |
| Michael S. McGrath | Partner, Upton & Hatfield, LLP | New Hampshire |
| Jeanne S. Saffan | Partner, Upton & Hatfield, LLP | New Hampshire |
| Michael P. Courtney | Partner, Upton & Hatfield, LLP | New Hampshire |
| Susan A. Lowry | Partner, Upton & Hatfield, LLP | New Hampshire |
| Nathan C. Midolo | Partner, Upton & Hatfield, LLP | New Hampshire |
| Brooke Lovett Shilo | Partner, Upton & Hatfield, LLP | New Hampshire |

20995979.1

                    Respectfully submitted,
                    The Defendants,
                    RUSSELL F. HILLIARD and
                    UPTON & HATFIELD, LLP,
                    By their attorneys,

                    */s/ Daniel R. Sonneborn*
                    William C. Saturley, NH Bar #2256
                    wsaturley@preti.com
                    Daniel R. Sonneborn, NH Bar #20947
                    dsonneborn@preti.com
                    Preti Flaherty Beliveau & Pachios, PLLP
                    P.O. Box 1318
                    57 North Main Street
                    Concord, NH 03302-1318
                    T: (603) 410-1500

Dated: September 28, 2023

## CERTIFICATE OF SERVICE

     I hereby certify that I caused a true copy of this document to be served via electronic filing or email on all counsel of record or pro se parties on September 28, 2023.

                    /s/ *Daniel R. Sonneborn*
                    Daniel R. Sonneborn