**Civil Form 4.1, Diversity Disclosure Statement**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____

ANDRE BISASOR,
    Plaintiff

Vs.                                        CASE NO.: 1:23-CV-00374-JL

CRAIG DONAIS, RUSSELL HILLIARD,
DONAIS LAW OFFICES PLLC,
UPTON AND HATFIELD LLP and
MARY K. DONAIS,
    Defendants

_____

**DIVERSITY DISCLOSURE STATEMENT**
**LOCAL RULE 7.1.1**

    Pursuant to Local Rule 7.1.1, Defendants, Craig Donais, Donais Law Offices PLLC and Mary K. Donais, submit the following Diversity Statement:

| PARTY OR INTERVENOR NAME | CITIZENSHIP |
|---|---|
| Craig Donais | New Hampshire |
| Mary Donais | New Hampshire |
| Donais Law Offices PLLC | New Hampshire |

*Complete only if Applicable*

| NAME OF ALL INDIVIDUALS OR ENTITIES ATTRIBUTED TO TO PARTY OR INTERVENOR | RELATIONSHIP TO PARTY OR INTERVENOR | CITIZENSHIP |
|---|---|---|
| Craig Donais | sole member of Donais Law Offices PLLC | New Hampshire |

Donais Law Offices PLLC is a professional limited liability company whose manager and member reside in New Hampshire.

103150675

Respectfully submitted,

FOR THE DEFENDANTS,
CRAIG DONAIS,
DONAIS LAW OFFICES PLLC and
MARY K. DONAIS

By Their Attorneys,

*/s/ Linda M. Smith*

_____
Edwin F. Landers, Jr., #17297
elanders@morrisonmahoney.com
Linda M. Smith, #265038
lsmith@morrisonmahoney.com
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
(603) 622-3400

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **DIVERSITY DISCLOSURE STATEMENT LOCAL RULE 7.1.1.** to all parties in this action by serving same via First Class U.S. mail, postage prepaid and/or electronic mail to:

| | |
|---|---|
| Andre Bisasor, Pro Se<br>679 Washington Street, Suite #8-206<br>Attleboro, MA 02703 | William Saturley, Esq.<br>Daniel R. Sonneborn, Esq.<br>Preti Flaherty<br>60 State Street, Suite 1100<br>Boston, MA 02109<br>wsaturley@preti.com<br>dsonneborn@preti.com |

Date:   September 28, 2023          */s/ Linda M. Smith*
                                     Linda M. Smith

103150675