## Notice of E-Filing System Problem/Error for Moton to Remand

10/27/23

I attempted to file the motion to remand with attachments/exhibits tonight on 10/27/23 but there was a problem with the efiling system that prevented me from uploading the documents I wanted to upload. There was a file size problem or error. Because of the file size error, I was prevented from filing the motion to remand with attachments/exhibits. See screenshot below.



So I tried to separate the motion to remand from the attachments/exhibits. But when I separated them, the exhibits were still not allowed to be filed by the efiling system. See screenshot below.



I did not nor was aware that there was a file size problem with the e-filing system. For example, the same motion for remand that I previously filed in MA federal court with no error (with the same file size as before), now generated a filing error when filed in this court. See screenshot above.

Either way, because of the file size problem, I could not file the motion with the exhibits or the exhibits alone. See screenshot above. I am trying to separate the exhibits from the motion to remand and to rework the filing to exhibits including using compression (using certain software online) in order to be able to file the exhibits separately at some point.

Similarly, I am currently returning home from a family emergency which takes several days by car (of which I already have altered the court of). Consequently, I am in a different earlier time zone than NH. Because I am in a different earlier time zone (in traveling back to MA), my time is currently 11.23pm on 10/27/23. It is not clear whether the system will log my time or Eastern time. If it logs Eastern time then it may appear that this filing is done just after midnight, when from my end it is done before midnight of 10/27/23.

Either way, given the above efiling errors and problems[1], and my expeditious resolving of this, I ask that the above is considered regarding this filing to extent it may be necessary.

Sincerely,
Andre Bisasor

---

[1] NB: These obstacles also resulted in a minor delay in filing the other motions, i.e., specifically the motion to enter default against Russell Hilliard.