UNITED STATES DISTRICT COURT - DISTRICT OF NEW HAMPSHIRE

ANDRE BISASOR, Plaintiff,

v.

CRAIG S. DONAIS; RUSSELL F. HILLIARD; DONAIS LAW OFFICES, PLLC; UPTON & HATFIELD, LLP; and MARY K. DONAIS, Defendants.

Case No.1:23-cv-00374-JL

*EXPEDITED*

**[ASSENTED TO] MOTION TO EXTEND TIME TO FILE OBJECTION TO THE MOTION TO DISMISS FILED BY THE HILLIARD DEFENDANTS**

1. I respectfully submit this assented to motion for an extension of time until December 4, 2023 to file an objection to the motion to dismiss filed by Russell Hilliard and Upton & Hatfield ("the Hilliard defendants").
2. The Hilliard defendants filed their motion to dismiss on 10/26/23.
3. The Hilliard defendants' motion to dismiss has a response deadline automatically set for 11/9/23.
4. I hereby request an extension until 12/4/23.
5. The defense counsel has assented to this request. See **Exhibit 1**.
6. Accordingly, I respectfully request that the Court allow this motion.
7. I ask the court to enter an order as soon as possible given the assent of the defense counsel and so I can know how to proceed in adequate advance of the deadline.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

November 3, 2023

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

# **EXHIBIT 1**

# RE: time to oppose your motion to dismiss

From: Sonneborn, Daniel R. (dsonneborn@preti.com)

To: quickquantum@aol.com

Date: Friday, November 3, 2023 at 10:55 AM EDT

Andre,

Dec. 4th is fine. You can request the additional time via motion and note I assent to the date.

Thanks,
Dan

**Daniel R. Sonneborn**
Director
Preti**Flaherty**

**From:** Andre Bisasor <quickquantum@aol.com>
**Sent:** Friday, November 3, 2023 10:55 AM
**To:** Sonneborn, Daniel R. <DSonneborn@preti.com>
**Subject:** Re: time to oppose your motion to dismiss

**Note:** *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.***

Dan, can you let me know as soon as possible? Andre

On Friday, November 3, 2023 at 09:33:29 AM EDT, Andre Bisasor <quickquantum@aol.com> wrote:

Could we do the Monday (Dec 4) following that Thursday (Nov 30)?
-Andre

On Friday, November 3, 2023 at 09:26:30 AM EDT, Sonneborn, Daniel R. <dsonneborn@preti.com> wrote:

Andre,

Can we agree to November 30?

Thanks,

Dan

**Daniel R. Sonneborn**
Director
Preti**Flaherty**

**From:** Andre Bisasor <quickquantum@aol.com>
**Sent:** Friday, November 3, 2023 8:36 AM
**To:** Sonneborn, Daniel R. <DSonneborn@preti.com>
**Subject:** Re: time to oppose your motion to dismiss

---

**Note:** *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.***

---

30 days from the current deadline.

-Andre


On Friday, November 3, 2023 at 07:56:10 AM EDT, Sonneborn, Daniel R. <dsonneborn@preti.com> wrote:


Andre,

Are you asking for 30 days from the date I filed or 30 days from the current deadline?

Thanks,

Dan

> **Daniel R. Sonneborn**
> Director
> 617.226.3852 Tel
> dsonneborn@preti.com
> Bio | LinkedIn | Twitter | preti.com
>
> PretiFlaherty
> 60 State Street
> Suite 1100
> Boston, MA 02109
>
>
> On Nov 2, 2023, at 9:01 PM, Andre Bisasor <quickquantum@aol.com> wrote:
>
>
> **Note:** *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.***
>
> ---
>
> Dan, can you please reply.

-Andre

On Wednesday, November 1, 2023 at 10:40:31 AM EDT, Andre Bisasor <quickquantum@aol.com> wrote:

Dan,

As discussed before, I would like to extend the time to oppose your motion to dismiss. I am seeking 30 days extension. Will you assent? NB: You'd indicated that after you file, I should reach out to you to let you know how much time I would seek.

Please let me know asap.

Thanks,

Andre

This E-Mail may contain information that is privileged, confidential and / or exempt from discovery or disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you are not the intended recipient of this communication, and have received it in error, please do not distribute it and notify me immediately by E-mail at dsonneborn@preti.com or via telephone at 617.226.3800 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

This E-Mail may contain information that is privileged, confidential and / or exempt from discovery or disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you are not the intended recipient of this communication, and have received it in error, please do not distribute it and notify me immediately by E-mail at dsonneborn@preti.com or via telephone at 617.226.3800 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

This E-Mail may contain information that is privileged, confidential and / or exempt from discovery or disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you are not the intended recipient of this communication, and have received it in error, please do not distribute it and notify me immediately by E-mail at dsonneborn@preti.com or via telephone at 617.226.3800 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.