UNITED STATES DISTRICT COURT - DISTRICT OF NEW HAMPSHIRE
ANDRE BISASOR,
Plaintiff,
v.
CRAIG S. DONAIS;
RUSSELL F. HILLIARD;
DONAIS LAW OFFICES, PLLC;
UPTON & HATFIELD, LLP;
and MARY K. DONAIS,
Defendants.
Case No.1:23-cv-00374-JL

**PLAINTIFF'S NOTICE OF INTENT TO FILE A FURTHER AND FINAL MOTION TO EXTEND TIME TO FILE OPPOSITION TO DONAIS DEFENDANTS' MOTION TO DISMISS BASED ON NEW INFORMATION**

1. I hereby provide this brief notice of my intent to file a further and final motion to extend time to file opposition to the Donais defendants' motion to dismiss. In this motion, there will be new information provided.

2. I am in the process of communicating with the defendants about my motion, and hope to thereafter file the motion either today or on/by/before Monday morning.

3. I ask the court to look out for my motion and to treat it in an expedited manner so I can know how to proceed with respect to Monday's deadline.

Respectfully submitted,
/s/Andre Bisasor
Plaintiff Andre Bisasor

November 3, 2023

**CERTIFICATE OF SERVICE**
This filing is served to all parties of record via the e-filing system.

/s/Andre Bisasor
Andre Bisasor