UNITED STATES DISTRICT COURT - DISTRICT OF NEW HAMPSHIRE
ANDRE BISASOR,
Plaintiff,
v.
CRAIG S. DONAIS;
RUSSELL F. HILLIARD;
DONAIS LAW OFFICES, PLLC;
UPTON & HATFIELD, LLP;
and MARY K. DONAIS,
Defendants.
Case No.1:23-cv-00374-JL

# PLAINTIFF'S NOTICE OF INTENT TO FILE A MOTION FOR LEAVE TO FILE A REPLY TO THE DONAIS DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

1. I hereby provide this brief notice of my intent to file a motion for leave to file a reply to the Donais defendants' objection to my motion to amend the complaint, pursuant to Local Rule 7.1(e)(2), which I will file within seven (7) days of the filing of the objection, in accordance with Local Rule 7.1(e)(2).

2. I ask the court to await this motion in accordance with Local Rule 7.1(e)(2).

Respectfully submitted,
/s/Andre Bisasor
Plaintiff Andre Bisasor

November 6, 2023

## CERTIFICATE OF SERVICE

This filing is served to all parties of record via the e-filing system.

/s/Andre Bisasor
Andre Bisasor