UNITED STATES DISTRICT COURT - DISTRICT OF NEW HAMPSHIRE
ANDRE BISASOR,
Plaintiff,
v.
CRAIG S. DONAIS;
RUSSELL F. HILLIARD;
DONAIS LAW OFFICES, PLLC;
UPTON & HATFIELD, LLP;
and MARY K. DONAIS,
Defendants.
Case No.1:23-cv-00374-JL

# PLAINTIFF'S NOTICE OF INTENT TO FILE A REPLY OR TO FILE MOTION FOR LEAVE TO FILE A REPLY TO THE DONAIS DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT

1. I hereby provide this brief notice of my intent to file reply or a motion for leave to file a reply to the Donais defendants' objection to my motion to remand to state court, pursuant to Local Rule 7.1(e)(1) and (2), which I will file within seven (7) days of the filing of the objection, in accordance with Local Rule 7.1(e) (1) or (2).

2. NB: I am not sure if a motion to remand to state court is a dispositive motion since it would end the case in this court. I am in the process of trying to find the answer to this issue.

3. I ask the court to await this reply or motion in accordance with Local Rule 7.1(e)(1) or (2).

Respectfully submitted,
/s/Andre Bisasor
Plaintiff Andre Bisasor

November 6, 2023

## CERTIFICATE OF SERVICE
This filing is served to all parties of record via the e-filing system.

/s/Andre Bisasor
Andre Bisasor