UNITED STATES DISTRICT COURT - DISTRICT OF NEW HAMPSHIRE
ANDRE BISASOR,
Plaintiff,
v.
CRAIG S. DONAIS;
RUSSELL F. HILLIARD;
DONAIS LAW OFFICES, PLLC;
UPTON & HATFIELD, LLP;
and MARY K. DONAIS,
Defendants.
Case No.1:23-cv-00374-JL

**PLAINTIFF'S NOTICE TO THE COURT OF PLAINTIFF'S REQUEST FOR ORAL ARGUMENT AND HEARING ON THE OPPOSITION TO THE DONAIS DEFENDANTS' MOTION TO DISMISS**

I hereby provide this notice to the court of my request for oral argument and hearing on the Donais defendants' motion to dismiss and on my opposition papers to the Donais defendants' motion to dismiss.

Respectfully submitted,
/s/Andre Bisasor
Plaintiff Andre Bisasor

November 6, 2023

**CERTIFICATE OF SERVICE**

This filing is served to all parties of record via the e-filing system.

/s/Andre Bisasor
Andre Bisasor