UNITED STATES DISTRICT COURT - DISTRICT OF NEW HAMPSHIRE

ANDRE BISASOR, Plaintiff,

v.

CRAIG S. DONAIS; RUSSELL F. HILLIARD; DONAIS LAW OFFICES, PLLC; UPTON & HATFIELD, LLP; and MARY K. DONAIS, Defendants.

Case No.1:23-cv-00374-JL

**EMERGENCY/EXPEDITED**
**PLAINTIFF'S MOTION TO STAY THE DEADLINE FOR REFILING THE**
**SUPPLEMENTAL OPPOSITION TO THE DONAIS DEFENDANTS' MOTION TO**
**DISMISS UNTIL THE ACCOMPANYING PENDING MOTIONS FILED TODAY ARE**
**RESOLVED**

1.  I hereby move the court to stay the deadline for refiling my supplemental opposition to the Donais

    defendants' motion to dismiss until or unless the accompanying motions filed today are resolved.

    Grounds are as follows.

2.  As of today, I have filed, am filing or will file several motions, as follows.

    a.  Plaintiff's Notice of Refusal to Consent to Proceed with Magistrate Judge. See document #108.
    b.  Plaintiff's Motion for Disability Accommodation. See document #109.
    c.  Plaintiff's Motion For Appointment of Pro Bono Counsel. See document #110.
    d.  Plaintiff's Motion To Declare Choice of Law.
    e.  Plaintiff's Motion to Strike AntiSlapp Motion in the Donais Defendants' Second Motion to Dismiss.
    f.  Plaintiff's Motion For Limited Discovery on Donais Defendants' AntiSlapp Motion in the Donais Defendants' Second Motion to Dismiss As Required By Statute.
    g.  Plaintiff's Motion for Hearing on Motion For Limited Discovery on Donais Defendants' AntiSlapp Motion As Required By Statute.
    h.  Plaintiff's Motion to Strike New Unpermitted Defenses In The Donais Defendants' Second Pre-Answer Motion to Dismiss.
    i.  Plaintiff's Motion to Exceed Page Limits for Supplemental Opposition to the Donais Defendants' Second Motion to Dismiss.
    j.  Plaintiff's Motion to Reconsider the Court's 11/8/23 Order and Plaintiff's Motion to Reconsider Court's 11/17/23 Order
    k.  AND/OR
    l.  Plaintiff's Objection to 11/8/23 and 11/17/23 Rulings By Magistrate Judge
    m.  [NB: Also Possible Immediate Appeal of Some or All of The Above Motions.]

3.  There is good cause for filing these motions. I have the right to seek the relief requested above

    and I have the right to have these motions prioritized before any motion to dismiss is heard or

decided. I have, more than, once prior this, alluded to the need for the court to address these issues prior to any motion to dismiss. Some of these were also alluded to in the MA federal court and thus the defendants have been on notice of such, but the case was transferred to this court before I could complete and file these motions. Then, because of the transfer to this court and then my emergency travels thereafter and the concomitant tight deadlines that I have labored under while I have been away traveling and then shortly after my recent return home, I was not able to file these before now. Either way, I am entitled to file these motions and I am entitled to seek the relief therein. I have also informed the court that the Donais defendants were trying to reprioritize the sequence of the procedural issues in this case, after transfer, by rushing to file their motion to dismiss a month before it was due and a month before the Hilliard defendants filed their motion to dismiss. I also pointed out that as such the deadlines for opposing these motions to dismiss should be consolidated, especially given that the Hilliard defendants incorporated the Donais defendants' motion to dismiss. Yet, that aside, the court should not treat the defendants' motions to dismiss with more priority and importance than these motions which are substantively antecedent to the defendants' motion to dismiss. The court cannot rush to try to quickly decide the motions to dismiss, ignoring my right to have these issues resolved before that. NB: Because I am filing this in a rush, I cannot go further into detail to explain further at this point but I trust that the above motions are self-evident as to why they are important and they must be resolved first, and hopefully do not require much persuasion. If however further persuasion is needed then I ask for an opportunity to supplement this motion.

4. These motions, by equity and justice, and by good cause, require the deadline for refiling my supplemental opposition to the Donais defendants' motion to dismiss be stayed until all of these motions are resolved.

5. I cannot refile my supplemental opposition to the motion to dismiss if I do not know if the antislapp motion will be stricken, if the court will accommodate my disabilities, if the court will appoint counsel, which law the court will declare as applicable, if the court will allow excess pages, if the court will grant reconsideration of the 11/8/23 and 11/17/23 orders.

6. I ask the court to temporarily stay the deadline, due today, until these matters are resolved and until after a hearing can be scheduled and conducted on these motions.

7. It should be noted that granting this motion will not affect any hearings dates or scheduling order dates or trial dates because none of have been scheduled as yet. It will affect only one pending deadline relating to the re-filing of a supplemental opposition to a motion to dismiss, that is due by today's date, which deadline was only set by the magistrate judge on Friday 11/17/23, less than one business day ago (and which was done after the clerk issued a 2 day notice of re-filing of said supplemental opposition, before that, and for which I was told by the clerk to ask the judge for any extensions of the clerk's deadline).

8. I did not have time to seek concurrence from the defendants on this motion because of the short timeline involved and the deadline that is due today.

9. I ask the court to rule urgently on this motion so I can know right away if the motion is granted.

10. I ask that this motion be referred to the district court judge for expedited ruling.

11. If the court denies the motion, I would like to preserve my right to appeal immediately to the first circuit and ask the court to provide me the instruction on appealing right away or the opportunity to appeal right away. Otherwise, I ask the court on stay the proceedings until the first circuit disposes of such appeal, should it be necessary.

12. Please grant the relief requested or other relief deemed just and proper.

Respectfully submitted,
<u>/s/ Andre Bisasor</u>
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

November 20, 2023

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served to the defendants in this case.

<u>/s/ Andre Bisasor</u>
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675

1.