UNITED STATES DISTRICT COURT - DISTRICT OF MASSACHUSETTS

ANDRE BISASOR, Plaintiff,

v.

CRAIG S. DONAIS; RUSSELL F. HILLIARD; DONAIS LAW OFFICES, PLLC;
UPTON & HATFIELD, LLP; and MARY K. DONAIS, Defendants.

Case No. 1:23-CV-11313

## PLAINTIFF'S MOTION FOR HEARING ON THE PLAINTIFF'S MOTION FOR LIMITED DISCOVERY ON THE DONAIS DEFENDANTS' ANTISLAPP MOTION AS REQUIRED BY THE ANTISLAPP STATUTE

1. I the plaintiff hereby submit this Motion for Hearing on Motion For Limited Discovery on the Donais Defendants' AntiSlapp Motion As Required By the AntiSlapp Statute. Grounds are as follows.

2. The Mass. General Laws c.231 § 59H (The AntiSlapp statute) states "…the court, **on motion and after a hearing** and for good cause shown, may order that specified discovery be conducted."

3. Because the Donais defendants have asserted an antislapp motion within the second motion to dismiss, and because I have moved[1] for limited discovery regarding the antislapp motion and pursuant to the antislapp statute, then I am entitled by right to a hearing on the motion for discovery, prior to any ruling on the Donais defendants' anstilapp motion itself and therefore prior to any ruling on the Donais defendants' second motion to dismiss in total.

4. In order for the court to not hold a hearing on the motion for limited discovery, the court must beforehand strike the antislapp motion. Otherwise, if the antislapp motion is not stricken from now, then I must be allowed a hearing on the motion for limited discovery.

5. Without a hearing on the motion for limited discovery, then I cannot obtain limited discovery. If I cannot obtain limited discovery, then I cannot properly oppose the Donais defendants' second motion to dismiss.

6. I ask that this motion be construed liberally. I also ask that the motion be ruled on by the district court judge assigned to this case.

---

[1] I have moved or I am concurrently with this motion moving for limited discovery on the antislapp motion. Also, I have moved or I am concurrently with this motion a Motion to Strike AntiSlapp Motion in the Donais Defendants' Second Motion to Dismiss. This needs to be resolved before any motion to dismiss can be heard or decided.

1

7. I ask the court to stay the deadline to refile the supplemental opposition to the Donais defendants' second motion to dismiss until this motion, and related motions, is resolved.

8. I did not have time to seek concurrence from the defendants on this motion because of the short timeline involved and the deadline that is due today. But it should be noted that I did previously seek concurrence on this motion in MA federal court and was not able to obtain it at the time (the defendants did not oppose or assent at the time to the best of my recollection.).

9. Please grant the relief requested or other relief deemed just and proper.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

November 20, 2023

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675