# Exhibit 1

## Filing Submitted for Case: 1252251; ; Envelope Number: 1252251

From: no-reply@efilingmail.tylertech.cloud

To: quickquantum@aol.com

Date: Saturday, June 18, 2022 at 11:59 PM EDT



# Filing Submitted

Envelope Number: 1252251
Case Number: 1252251
Case:

This is a notification that the filing below has been SUBMITTED to the Clerk's Office for review. A subsequent notification will issue when the Court ACCEPTS or REJECTS the document for electronic filing.

| Filing Details | |
|---|---|
| **Court** | Superior Courts |
| **Date/Time Submitted** | 6/18/2022 11:58 PM EST |
| **Filing Code** | Complaint Electronically Filed |
| **Page Count** | 6 |
| **Submitted By** | Andre Bisasor |
| **Submitting Attorney** | |
| **View Document** | Download Document |
| **This link is active for 45 days.** | |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.<br><br>If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |
| Waiver Selected<br>Case Fees                                          $0.00<br>Complaint Electronically Filed  $0.00<br>Affidavit                                            $0.00<br>Civil Action Cover Sheet          $0.00<br>Grand Total                                   $0.00 |
| **Total: $0.00** |

Please do not reply to this email. It was automatically generated.
For technical assistance, contact your service provider.
Odyssey File & Serve
(800) 297-5377

Should you have procedural questions related to e-filing a document, please call the Clerk's Office.
(123) 555-1234