# Exhibit 2

# Calendar for June 2022 (United States)

| June | | | | | | |
|---|---|---|---|---|---|---|
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |  |  |

**Phases of the Moon:** 7:◐  14:○  20:◑  28:●
**Holidays and Observances:** 14: Flag Day, 19: Father's Day, 19: Juneteenth, 20: 'Juneteenth' day off



© Time and Date AS 1995–2023