UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ANDRE BISASOR,
    Plaintiff

Vs.                          CASE NO.: 1:23-CV-00374-JL

CRAIG DONAIS, RUSSELL HILLIARD,
DONAIS LAW OFFICES PLLC,
UPTON AND HATFIELD LLP and
MARY K. DONAIS,
    Defendants

### DEFENDANTS CRAIG S. DONAIS, MARY K. DONAIS AND DONAIS LAW OFFICES PLLC'S RESPONSE TO PLAINTIFF'S MOTION FOR HEARING ON THE DEFENDANTS' MOTION TO DISMISS (DOC. 116)

NOW COME the Defendants Craig S. Donais, Mary K. Donais, and Donais Law Offices PLLC (jointly the "Donais Defendants") and respond to Plaintiff Andre Bisasor's ("Plaintiff") Motion for Hearing on the Defendants' Motions to Dismiss (Doc. 116).  The Donais Defendants take no position on whether this court holds a hearing on the pending motions to dismiss.

However, to the extent that Plaintiff implies that oral argument is mandatory or that it will assist the court, the Donais Defendants disagree.  Plaintiff contends that due to his pro se status and the complexity of the legal issues, that it is "proper to hold a hearing" and a "hearing will benefit this court."  (Doc. 116, ¶¶ 13, 16.)  Given the extensive briefing that has already occurred, it does not appear that oral arguments will assist the court.

Again, though, the Donais Defendants take no position on whether this court should permit oral argument.

1

Respectfully submitted,

FOR THE DEFENDANTS,
CRAIG DONAIS, DONAIS LAW OFFICES
PLLC and MARY K. DONAIS

*/s/ Linda M. Smith*

_____
Edwin F. Landers, Jr., #17297
elanders@morrisonmahoney.com
Linda M. Smith, #265038
lsmith@morrisonmahoney.com
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
(603) 622-3400

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **OBJECTION** to all parties in this action by serving same via electronic mail to:

Andre Bisasor, Pro Se
679 Washington Street, Suite #8-206
Attleboro, MA 02703
quickquantum@aol.com

William Saturley, Esq.
Daniel R. Sonneborn, Esq.
Preti Flaherty
60 State Street, Suite 1100
Boston, MA 02109
wsaturley@preti.com
dsonneborn@preti.com

Date:   November 29, 2023          */s/ Linda M. Smith*
                                    Linda M. Smith

2

103261426