# Exhibit 3

Bachelors, Bachelor of Arts, Economics, Political Science *1988 - 1992*
**North Attleboro High School**
Skills:
Civil Litigation, Litigation, Commercial Litigation, Appeals, Courts, Corporate Law, Estate Planning, Trusts, Wills, Employment Law, Real Estate, Legal Assistance, Legal Research, Nonprofits, Legal...
Languages:
English
Certifications:
Rule 170 Certified Mediator
Rule 170-A Arbitrator
Nh Judicial Branch, Office of Mediation & Arbitration

## CRAIG DONAIS PHONE NUMBERS & HOME ADDRESSES

| Name | Address | Phone |
|---|---|---|
| **Craig Donais**, age 52 | 39 Buzzell St, Manchester, NH 03104 | (603) 289-**** |
| **Craig Donais** | 15 Warren Ave, Chelmsford, MA 01824 | (978) 256-8370 |
| **Craig Donais** | Manchester, NH | (603) 647-2767 |
| **Craig** J **Donais** | 24 Story Dr, Gaithersburg, MD 20878 | |

## SKILLED EXPERTS AND PROFESSIONALS

Construction                                Real Estate Manager
Real Estate Sales Agent                     Team Member

## CRAIG DONAIS PLACES OF EMPLOYMENT

| Name / Title | Company / Classification | Phones & Addresses |
|---|---|---|
| **Craig Donais**<br>Attorney | Getman, Stacey, Schulthess & Steere, P A<br>Legal Services Office | 1838 Elm St, Manchester, NH 03104<br>3 Executive Park Dr, Manchester, NH 03110<br>(603) 634-4300<br>Website: http://www.gss-lawyers.com |
| **Craig Donais**<br>Managing Attorney | Donais Law Offices, PLLC<br>Attorney - Family · Lawyers-Litigation · Lawyers-Estate Planning · Attorney-Wills | 444 Willow Street, Manchester, NH 03103<br>(603) 624-7100<br>Website: http://www.donaislaw.com |
| **Craig Donais**<br>Principal | Donais Bostock<br>Legal Services Office | 15 High St, Manchester, NH 03101 |
| **Craig Donais**<br>Principal | Bon Courage LLC<br>Business Services at Non-Commercial Site | 205 High Street, Newburyport, MA 01950 |

## CRAIG DONAIS BUSINESS & ORGANIZATION RECORDS

| Name / Title | Company / Classification | Phones & Addresses |
|---|---|---|
| **Craig Donais**<br>Managing Attorney | Donais Law Offices, PLLC<br>Attorney - Family. Lawyers-Litigation. Lawyers-Estate Planning. Attorney-Wills. Trust & Probate. Lawyers - Business Law. Attorney- Real Estate | 444 Willow St, Manchester, NH 03103<br>(603) 624-7100 |

## CRAIG DONAIS PHOTOS AND VIDEOS

# Youtube

Rig Tour With Jon **Donais** Of Anthrax