# EXHIBIT 1

**Email from Bristol County Sheriff (confirming that Russell Hilliard received two first class mailings of the summons and the original complaint and the summons and amended complaint, which were not returned)**

## Civil Action# 2273CV00430

From: Vikki Morales (vikkimorales@bcso-ma.org)

To: quickquantum@aol.com

Date: Thursday, July 27, 2023 at 02:07 PM EDT

Good Afternoon,

    Per our conversation yesterday, July 26, 2023, please accept this email as formal notification in the matter of Andre Bisasor vs Russell Hilliard, et al (Docket No. 2273CV00430) that as of today, July 27, 2023 none of the first class mailings done in this case have be returned to me. As referenced in my original returns of service, each defendant was served both certified mail return receipt and first class mail in both service of the original summons and complaint and the Summons and amended Complaint. At this time, you are in possession of the 3 original unclaimed certified mailings in your case.

Thank you

Victoria A Morales
Coordinator – Civil Process Division
Bristol County Sheriff's Office
108 Court Street
P.O. Box 8928
New Bedford, MA 02740
Tel# 508-992-6631
Fax# 508-991-6016