# EXHIBIT 2

**Affidavit and Returns of Service Provided By Bristol County Sheriff Regarding Service Upon Russell Hilliard with Proof of Certified Mailings**
**(and also with Proof of First Class Mailings)**
**and**
**the Corresponding United States Post Office Tracking of Certified Mailings**
**(confirming that Russell Hilliard and/or Upton & Hatfield refused service of certain certified mailings and thus attempted to evade service of process by the Bristol county sheriff and the Bristol superior court)**

16.

**ORIGINAL**

# Commonwealth of Massachusetts

BRISTOL, ss.                    TRIAL COURT OF THE COMMONWEALTH
                               SUPERIOR COURT DEPARTMENT
                               CIVIL DOCKET NO. 2273 CV 00 430

_ANDRE BISASOR_, PLAINTIFF(S),

v.

_RUSSELL HILLIARD +
CRAIG DONAIS_, DEFENDANT(S)

**BRISTOL,SS SUPERIOR COURT
FILED**

MAY 15 2023

JENNIFER A. SULLIVAN, ESQ.
CLERK / MAGISTRATE

## SUMMONS

THIS SUMMONS IS DIRECTED TO _RUSSELL HILLIARD_ . (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Bristol Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1.  **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2.  **How to respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or Plaintiff, if unrepresented). You can do this by:

    a.  Filing or mailing your **signed original** Answer with the Clerk's Office for Civil Business, _BRISTOL SUPERIOR COURT-NEW BEDFORD_ Court, _441 COUNTY ST, NEW BEDFORD, MA 02740_ (address), by mail or in person, **AND**

    b.  Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: _679 WASHINGTON STREET # 8-206, ATTLEBORO, MA 02703_

3.  **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons list under **Mass.R.Civ.P. 12.** If you are filing the Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at **www.mass.gov.courts/case-legal-res/rulesofcourt.**

Bristol, SS

I, Victoria A. Morales, Deputy Sheriff, in and for the County of Bristol, Commonwealth of Massachusetts, do hereby certify and return that on April 14, 2023 in compliance with MGL Chapter 223A section 6 subsection 3 I served the within named defendant, Russell F Hilliard, with a true attested copy of the within Summons and Complaint and Demand For Jury Trial, Civil Action Cover Sheet, Civil Tracking Order and Allowed Motion To Extend Time to Serve Process on Defendants by mailing both first class mail and certified mail return receipt requested to 579 Sagamore Avenue – Unit 9, Portsmouth, NH 03801-5567.

Victoria A. Morales
Deputy Sheriff



**CERTIFIED MAIL**

91 7199 9991 7030 5126 5076

UNITED STATES POSTAGE
PITNEY BOWES

02 1P          $ 004.75⁰
0000886866     APR 14 2023
MAILED FROM ZIP CODE 02740



**BRISTOL COUNTY SHERIFF'S OFFICE**
**THOMAS M. HODGSON**
**SHERIFF**
108 COURT STREET, P.O. BOX 8928
NEW BEDFORD, MASSACHUSETTS 02740-8928

Russell F Hilliard

579 Sagamore Avenue

Unit 9

Portsmouth, NH 03801-5567



UNITED STATES POSTAGE
PITNEY BOWES

02 1P        $ 001.08⁰
0000886866    APR 14 2023
MAILED FROM ZIP CODE 02740



**BRISTOL COUNTY SHERIFF'S OFFICE**
**THOMAS M. HODGSON**
**SHERIFF**
108 COURT STREET, P.O. BOX 8928
NEW BEDFORD, MASSACHUSETTS 02740-8928

Russell F Hilliard

579 Sagamore Avenue

Unit 9

Portsmouth, NH 03801-5567

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

# 9171999991703054852549

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to the original sender at 10:58 am on June 30, 2023 in NEW BEDFORD, MA 02740.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, To Original Sender**
NEW BEDFORD, MA 02740
June 30, 2023, 10:58 am

**Arrived at Post Office**
NEW BEDFORD, MA 02740
June 30, 2023, 5:47 am

**Arrived at USPS Regional Origin Facility**
SHREWSBURY MA DISTRIBUTION CENTER
June 27, 2023, 9:19 pm

**Unclaimed/Being Returned to Sender**
PORTSMOUTH, NH 03801
June 14, 2023, 2:19 pm

**Reminder to Schedule Redelivery of your item**
May 16, 2023

**Available for Pickup**

Case 1:23-cv-00374-JL-TSM    Document 30-3    Filed 6/12/23    Page 7 of 26

PORTSMOUTH, NH 03801
May 12, 2023, 5:56 am

**Notice Left (No Authorized Recipient Available)**

PORTSMOUTH, NH 03801
May 11, 2023, 3:32 pm

**Out for Delivery**

PORTSMOUTH, NH 03801
May 11, 2023, 6:10 am

**Arrived at Post Office**

PORTSMOUTH, NH 03801
May 11, 2023, 4:02 am

**Departed USPS Facility**

MANCHESTER, NH 03103
May 11, 2023, 3:24 am

**Arrived at USPS Facility**

PORTSMOUTH, NH 03801
May 10, 2023, 6:23 pm

**Arrived at USPS Facility**

MANCHESTER, NH 03103
May 10, 2023, 4:50 pm

**Arrived at USPS Facility**

PORTSMOUTH, NH 03801
May 10, 2023, 4:00 pm

**Departed USPS Regional Facility**

NASHUA NH DISTRIBUTION CENTER
May 10, 2023, 2:42 pm

**Arrived at USPS Facility**

MANCHESTER, NH 03103
May 10, 2023, 2:32 pm

**Arrived at USPS Regional Facility**

NASHUA NH DISTRIBUTION CENTER
May 10, 2023, 3:29 am

**Departed USPS Regional Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
May 10, 2023, 2:36 am

**Arrived at USPS Regional Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
May 10, 2023, 2:18 am

**Departed USPS Regional Facility**

PROVIDENCE RI DISTRIBUTION CENTER
May 10, 2023, 12:53 am

**Arrived at USPS Regional Origin Facility**

PROVIDENCE RI DISTRIBUTION CENTER
May 9, 2023, 4:59 pm

**Hide Tracking History**

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                      ⌄

---

**Product Information**                                      ⌄

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |
|---|

*18.*

**ORIGINAL**

# Commonwealth of Massachusetts

BRISTOL, ss.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2273 CV 00430

_Andre Bisasor_, PLAINTIFF(S),

v.

_Russell Hilliard, et.al_ DEFENDANT(S)

**SUMMONS**

THIS SUMMONS IS DIRECTED TO _Russell Hilliard_. (Defendant's name)

BRISTOL,SS SUPERIOR COURT
FILED

MAY 1 5 2023

JENNIFER A. SULLIVAN, ESQ.
CLERK / MAGISTRATE

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Bristol Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1.  **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2.  **How to respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a _Bristol_ copy to the Plaintiff's Attorney (or Plaintiff, if unrepresented). You can do this by:

    a.  Filing or mailing your **signed original** Answer with the Clerk's Office for Civil Business, _Superior Court - New Bedford_ Court, _441 County St., New Bedford, MA 02740_ (address), by mail or in person, **AND**

    b.  Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: _679 Washington Street, 8-206, Attleboro, MA 02703_

3.  **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons list under **Mass.R.Civ.P. 12.** If you are filing the Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at **www.mass.gov.courts/case-legal-res/rulesofcourt.**

Bristol, SS

I, Victoria A. Morales, Deputy Sheriff, in and for the County of Bristol, Commonwealth of Massachusetts, do hereby certify and return that on May 8, 2023 in compliance with MGL Chapter 223A section 6 subsection 3 I served the within named defendant, Russell F Hilliard, with a true attested copy of the within Summons and First Amended Complaint, Civil Action Cover Sheet and Plaintiff's Emergency Motion To Reconsider The Plaintiff's Final (Emergency) Motion To Extend Deadline in Court's 2-3-23 Order by mailing both first class mail and certified mail return receipt requested to 579 Sagamore Avenue – Unit 9, Portsmouth, NH 03801-5567.

Victoria A. Morales
Deputy Sheriff



CERTIFIED MAIL

91 7199 9991 7030 5485 2549

UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 005.41⁰
0000886866    MAY 08 2023
MAILED FROM ZIP CODE 02740

UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 008.79⁰
0000886866    MAY 08 2023
MAILED FROM ZIP CODE 02740



**BRISTOL COUNTY SHERIFF'S OFFICE**
THOMAS M. HODGSON
SHERIFF
108 COURT STREET, P.O. BOX 8928
NEW BEDFORD, MASSACHUSETTS 02740-8928

Russell F Hilliard
579 Sagamore Avenue
Unit 9
Portsmouth, NH 03801-5567





UNITED STATES POSTAGE
PITNEY BOWES

02 1P          $ 010.05⁰
0000866866    MAY 08 2023
MAILED FROM ZIP CODE 02740



**BRISTOL COUNTY SHERIFF'S OFFICE**
**THOMAS M. HODGSON**
**SHERIFF**
108 COURT STREET, P.O. BOX 8928
NEW BEDFORD, MASSACHUSETTS 02740-8928

Russell F Hilliard

579 Sagamore Avenue

Unit 9

Portsmouth, NH 03801-5567

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 9171999991703054852549

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to the original sender at 10:58 am on June 30, 2023 in NEW BEDFORD, MA 02740.

---

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

Feedback

### Delivered
**Delivered, To Original Sender**
NEW BEDFORD, MA 02740
June 30, 2023, 10:58 am

**Arrived at Post Office**
NEW BEDFORD, MA 02740
June 30, 2023, 5:47 am

**Arrived at USPS Regional Origin Facility**
SHREWSBURY MA DISTRIBUTION CENTER
June 27, 2023, 9:19 pm

**Unclaimed/Being Returned to Sender**
PORTSMOUTH, NH 03801
June 14, 2023, 2:19 pm

**Reminder to Schedule Redelivery of your item**
May 16, 2023

**Available for Pickup**

PORTSMOUTH, NH 03801
May 12, 2023, 5:56 am

**Notice Left (No Authorized Recipient Available)**

PORTSMOUTH, NH 03801
May 11, 2023, 3:32 pm

**Out for Delivery**

PORTSMOUTH, NH 03801
May 11, 2023, 6:10 am

**Arrived at Post Office**

PORTSMOUTH, NH 03801
May 11, 2023, 4:02 am

**Departed USPS Facility**

MANCHESTER, NH 03103
May 11, 2023, 3:24 am

**Arrived at USPS Facility**

PORTSMOUTH, NH 03801
May 10, 2023, 6:23 pm

**Arrived at USPS Facility**

MANCHESTER, NH 03103
May 10, 2023, 4:50 pm

**Arrived at USPS Facility**

PORTSMOUTH, NH 03801
May 10, 2023, 4:00 pm

**Departed USPS Regional Facility**

NASHUA NH DISTRIBUTION CENTER
May 10, 2023, 2:42 pm

**Arrived at USPS Facility**

MANCHESTER, NH 03103
May 10, 2023, 2:32 pm

**Arrived at USPS Regional Facility**

NASHUA NH DISTRIBUTION CENTER
May 10, 2023, 3:29 am

**Departed USPS Regional Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
May 10, 2023, 2:36 am

**Arrived at USPS Regional Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
May 10, 2023, 2:18 am

**Departed USPS Regional Facility**

PROVIDENCE RI DISTRIBUTION CENTER
May 10, 2023, 12:53 am

**Arrived at USPS Regional Origin Facility**

PROVIDENCE RI DISTRIBUTION CENTER
May 9, 2023, 4:59 pm

**Hide Tracking History**

---

## Text & Email Updates                    ⌄

---

## USPS Tracking Plus®                      ⌄

---

## Product Information                      ⌄

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |

*16.1*

**ORIGINAL**

# Commonwealth of Massachusetts

BRISTOL, ss.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. ~~# 2273~~ *CV00430*

_ANDRE BISASOR_ , PLAINTIFF(S),

v.

_RUSSELL HILLIARD_ , DEFENDANT(S)
_+ CRAIG DONAIS_

**SUMMONS**

BRISTOL, SS SUPERIOR COURT
FILED

MAY 1 5 2023

JENNIFER A. SULLIVAN, ESQ.
CLERK / MAGISTRATE

THIS SUMMONS IS DIRECTED TO _RUSSELL Hilliard_ . (Defendant's name)

<u>**You are being sued.**</u> The Plaintiff(s) named above has started a lawsuit against you.  A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Bristol Superior Court.  **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. <u>**You must respond to this lawsuit in writing within 20 days.**</u>  If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint.  You will also lose the opportunity to tell your side of the story.  You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff.  **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to respond.**  To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or Plaintiff, if unrepresented).  You can do this by:

   a. Filing or mailing your **signed original** Answer with the Clerk's Office for Civil Business, _Bristol Superior_ Court, _441 County St, NEW BEDFORD, MA 02740_ (address), by mail or in person, **AND**

   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: _679 Washington Street, # 8206, ATTLEBORO, MA 02703_.

3. **What to include in your response.**  An "Answer" is one type of response to a Complaint.  Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint.  Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court.  If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer.  Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit.  If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer.  You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient.  A Motion to Dismiss must be based on one of the legal deficiencies or reasons list under **Mass.R.Civ.P. 12.**  If you are filing the Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at **www.mass.gov.courts/case-legal-res/rulesofcourt.**

Bristol, SS

I, Victoria A. Morales, Deputy Sheriff, in and for the County of Bristol, Commonwealth of Massachusetts, do hereby certify and return that on April 14, 2023 in compliance with MGL Chapter 223A section 6 subsection 3 I served the within named defendant, Russell F Hilliard, with a true attested copy of the within Summons and Complaint and Demand For Jury Trial, Civil Action Cover Sheet, Civil Tracking Order and Allowed Motion To Extend Time to Serve Process on Defendants by mailing both first class mail and certified mail return receipt requested to 159 Middle Street, Portsmouth, NH 03801.

Victoria A. Morales
Deputy Sheriff

CERTIFIED MAIL





UNITED STATES POSTAGE
PITNEY BOWES

02 1P      $ 004.75⁰
0000886866     APR 14 2023
MAILED FROM ZIP CODE 02740



**BRISTOL COUNTY SHERIFF'S OFFICE**
**THOMAS M. HODGSON**
**SHERIFF**
108 COURT STREET, P.O. BOX 8928
NEW BEDFORD, MASSACHUSETTS 02740-8928

Russell F Hillard

159 Middle Street

Portsmouth, NH 03801



UNITED STATES POSTAGE
PITNEY BOWES

02 1P          $ 001.08⁰
0000886866      APR 14 2023
MAILED FROM ZIP CODE 02740



**BRISTOL COUNTY SHERIFF'S OFFICE**
**THOMAS M. HODGSON**
**SHERIFF**
108 COURT STREET, P.O. BOX 8928
NEW BEDFORD, MASSACHUSETTS 02740-8928

Russell F Hillard
159 Middle Street
Portsmouth, NH 03801

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9171999991703051265069

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

---

## Latest Update

Your item has been delivered to the original sender at 11:34 am on May 15, 2023 in NEW BEDFORD, MA 02740.

---

**Get More Out of USPS Tracking:**

     USPS Tracking Plus®

Feedback

### Delivered
**Delivered, To Original Sender**
NEW BEDFORD, MA 02740
May 15, 2023, 11:34 am

**In Transit to Next Facility**
May 14, 2023

**Arrived at USPS Regional Origin Facility**
SHREWSBURY MA DISTRIBUTION CENTER
May 12, 2023, 1:01 pm

**Unclaimed/Being Returned to Sender**
PORTSMOUTH, NH 03802
May 8, 2023, 6:06 pm

**Available for Pickup**
PORTSMOUTH, NH 03801
April 18, 2023, 5:51 am

**Notice Left (No Authorized Recipient Available)**

PORTSMOUTH, NH 03801
April 17, 2023, 12:54 pm

**Departed USPS Destination Facility**

MANCHESTER, NH 03103
April 15, 2023, 11:11 pm

**Arrived at USPS Destination Facility**

MANCHESTER, NH 03103
April 15, 2023, 5:26 pm

**Departed USPS Regional Facility**

PROVIDENCE RI DISTRIBUTION CENTER
April 14, 2023, 10:45 pm

**Arrived at USPS Regional Origin Facility**

PROVIDENCE RI DISTRIBUTION CENTER
April 14, 2023, 10:41 pm

**Accepted at USPS Origin Facility**

NEW BEDFORD, MA 02740
April 14, 2023, 9:26 pm

**Pre-Shipment Info Sent to USPS, USPS Awaiting Item**

April 14, 2023

**Hide Tracking History**

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                     ⌄

---

**Product Information**                                     ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

*18.1*

**ORIGINAL**

## Commonwealth of Massachusetts

BRISTOL, ss.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2273 CV 00430

BRISTOL,SS SUPERIOR COURT
FILED

ANDRE BISASOR , PLAINTIFF(S),

v.

RUSSELL Hilliard, et. al, DEFENDANT(S)

MAY 1 5 2023

JENNIFER A. SULLIVAN, ESQ.
CLERK / MAGISTRATE

### SUMMONS

THIS SUMMONS IS DIRECTED TO RUSSELL Hilliard . (Defendant's name)

<u>You are being sued.</u> The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Bristol Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1.  <u>You must respond to this lawsuit in writing within 20 days.</u> If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2.  **How to respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or Plaintiff, if unrepresented). You can do this by:

    a.  Filing or mailing your **signed original** Answer with the Clerk's Office for Civil Business, BRISTOL SUPERIOR COURT - NEW BEDFORD Court, 441 County St., NEW Bedford, MA, 02740 (address), by mail or in person, **AND**

    b.  Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: 679 WASHINGTON STREET, # 8-206, ATTLEBORO, MA 02703

3.  **What to include in your response.** An **"Answer"** is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons list under **Mass.R.Civ.P. 12.** If you are filing the Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at **www.mass.gov.courts/case-legal-res/rulesofcourt.**

Bristol, SS

I, Victoria A. Morales, Deputy Sheriff, in and for the County of Bristol, Commonwealth of Massachusetts, do hereby certify and return that on May 8, 2023 in compliance with MGL Chapter 223A section 6 subsection 3 I served the within named defendant, Russell F Hilliard, with a true attested copy of the within Summons and First Amended Complaint, Civil Action Cover Sheet and Plaintiff's Emergency Motion To Reconsider The Plaintiff's Final (Emergency) Motion To Extend Deadline in Court's 2-3-23 Order by mailing both first class mail and certified mail return receipt requested to 159 Middle Street, Portsmouth, NH 03801.


Victoria A. Morales
Deputy Sheriff

CERTIFIED MAIL



91 7199 9991 7030 5485 2532

UNITED STATES POSTAGE

PITNEY BOWES

02 1P          $ 014.20⁰
0000886866    MAY 08 2023
MAILED FROM ZIP CODE 02740

**BRISTOL-COUNTY SHERIFF'S OFFICE**
**THOMAS M. HODGSON**
**SHERIFF**
**108 COURT STREET, P.O. BOX 8928**
**NEW BEDFORD, MASSACHUSETTS 02740-8928**

Russell F Hilliard
159 Middle Street
Portsmouth, NH 03801



UNITED STATES POSTAGE

PITNEY BOWES

02 1P        $ 010.05⁰
0000886866    MAY 08 2023
MAILED FROM ZIP CODE 02740



**BRISTOL COUNTY SHERIFF'S OFFICE**
**THOMAS M. HODGSON**
**SHERIFF**
108 COURT STREET, P.O. BOX 8928
NEW BEDFORD, MASSACHUSETTS 02740-8928

Russell F Hilliard

159 Middle Street

Portsmouth, NH 03801