# EXHIBIT 3

## Email From United States Post Office Supervisor (confirming processing of certified mailings from the Bristol county sheriff)

## Certified 9171999991703054852525

| | |
|---|---|
| From: | Sullivan, Pamela M - Manchester, NH (pamela.m.sullivan@usps.gov) |
| To: | quickquantum@aol.com |
| Date: | Thursday, June 8, 2023 at 01:24 PM EDT |

Andre,

I am happy to provide this information to you in an effort to help you with your situation.
I have attached a screenshot of the geo location where the certified letter was first attempted and a notice was left because there was no authorized recipient available to sign for the certified.

It is USPS's policy that identification must always be provided when a customer is receiving mail at the window, whether it is regular mail or certified mail or signature confirmation or registered mail. Our employees go through extensive training to properly handle the mail and all our employees are well aware of this policy therefore, I am confident that identification was presented when this item was picked up and signed for.

Please let me know if I can be of any further assistance.

Thank you,

*Pamela Sullivan*

USPS SCS
(603) 626-0372
7 Perimeter Rd.
Manchester NH 03103


UNITED STATES POSTAL SERVICE

geo location buzzell.png
16.8kB