Case 1:23-cv-00374-JL-TSM  Document 133-1  Filed 12/21/23  Page 1 of 1

THE UPS STORE #6017

# The UPS Store South Attleboro

**Open Now** Closes at 7:00 PM


**679 Washington St
Ste 8
South Attleboro, MA 02703**

Park Place Plaza On Rt. 1, Across Street From Mon Kou Restaurant

 (508) 761-4877

 (508) 761-8877

**store6017@theupsstore.com**

 **Estimate Shipping Cost**

 **Contact Us**

**Schedule Appointment**