UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ANDRE BISASOR,<br>　　Plaintiff,<br><br>vs.<br><br>CRAIG S. DONAIS, RUSSELL F. HILLIARD, DONAIS LAW OFFICES PLLC, UPTON AND HATFIELD LLP, and MARY K. DONAIS,<br>　　Defendants. | Case No. 1:23-cv-374-JL-TSM |

**DEFENDANTS RUSSELL F. HILLIARD'S AND UPTON & HATFIELD, LLP'S NOTICE OF JOINDER TO CRAIG DONAIS, MARY DONAIS AND DONAIS LAW OFFICES PLLC'S MOTION FOR LEAVE OF COURT TO REVIEW SEALED DOCUMENTS PURSUANT TO L.R. 83.12(B)(2)**

NOW COME Defendants Russell F. Hilliard ("Hilliard") and Upton & Hatfield, LLP ("Upton & Hatfield") (collectively "Defendants") and hereby submit this Notice of Joinder to Craig Donias, Mary Donais and Donais Law Offices, PLLC's Motion for Leave of Court to Review Sealed Documents Pursuant to L.R. 83.12(B)(2) (the "Motion for Leave") (doc. no. 147). In support of its Notice of Joinder, Defendants state as follows:

1.　Defendants hereby join in and incorporates by reference the Motion for Leave, which demonstrate why leave of court to review sealed documents should be granted.

WHEREFORE, Defendants Russell F. Hilliard and Upton & Hatfield, LLP respectfully request this Court grant leave of court permitting the Hilliard and Upton & Hatfield, through counsel, an opportunity to review any documents filed under seal by Plaintiff, to include Docs. 145 and 146; and grant such other and further relief as is equitable and just.

Respectfully submitted,

The Defendants,
RUSSELL F. HILLIARD and
UPTON & HATFIELD, LLP,

By their attorneys,

Dated: March 8, 2024  /s/ *Daniel R. Sonneborn*
William C. Saturley, NH Bar #2256
wsaturley@preti.com
Daniel R. Sonneborn, NH Bar #20947
dsonneborn@preti.com
Preti Flaherty Beliveau & Pachios, PLLP
P.O. Box 1318
57 North Main Street
Concord, NH 03302-1318
T: (603) 410-1500

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of this document to be served via electronic filing on all counsel of record or pro se parties on March 8, 2024.

/s/ *Daniel R. Sonneborn*
Daniel R. Sonneborn