UNITED STATES DISTRICT COURT - DISTRICT OF NEW HAMPSHIRE
ANDRE BISASOR, Plaintiff,

v.

CRAIG S. DONAIS; RUSSELL F. HILLIARD; DONAIS LAW OFFICES, PLLC;
UPTON & HATFIELD, LLP; and MARY K. DONAIS, Defendants.

Case No.1:23-cv-00374-JL

## EMERGENCY MOTION TO WAIVE PACER FEES AND ALLOW FREE ACCESS TO PACER WITH REQUEST FOR EXPEDITED RULING AND STAY ALL PROCEEDINGS PENDING RESOLUTION OF THIS MOTION

1. I hereby request that the court waive fees currently owed and allow free access to the Public Access to Court Electronic Records system ("PACER").
2. I currently have no access to PACER. My PACER account has been disabled because of significant fees.
3. This includes but is not limited to costs incurred from a transcript of a hearing in MA federal court, where the court transcriber placed the transcription costs on my pacer count (and he did so without me first informing me he would do so or how much it would cost). See attached email.
4. I owe a balance on my pacer account that is burdensome for me and that I am unable to pay right now.
5. Without access to PACER, I am and will continue to be disadvantaged because I need to be able to research cases in the federal court, and because of the complex nature of this case, and because of the multiple parties and the types of filings made by the defendants, who often cite various published and non-published cases.
6. Thus, free access would allow me to read the cited cases. At this point, I cannot even see or review the docket in this case or review past filings in this case by the parties including myself. This is compounded by the fact that the factual and legal issues in the case are complex.
7. In sum, I am requesting[1] that the Court (1) waive the balance of PACER fees that I have already incurred; (2) reactivate my PACER account; and (3) direct PACER to waive any future fees.
8. Courts may exempt individuals, including indigents, from payment of PACER access fees in order to alleviate unreasonable burdens and to promote public access to information.
9. Exemption of PACER fees is necessary in this instance to avoid unreasonable burdens in the case[2].
10. I request a waiver of prior and future PACER fees to be allowed.
11. I request a stay until this motion is fully resolved and/or my pacer access is reactivated.
12. I ask that this motion be construed liberally. I also ask that the motion be ruled on by the district court judge assigned to this case. I ask that this be ruled upon as soon as possible.
13. I ask the court to stay all proceedings including any pending deadlines until this matter is resolved.
14. WHEREFORE, I respectfully request that this Court grants the relief requested or grant any other relief the Court deems proper.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY**

Respectfully submitted,
/s/andre bisasor
Andre Bisasor

Date: March 11, 2024

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing will be served to the parties in this case via the court's efiling system.
/s/andre bisasor
Andre Bisasor

---

[1] NB: I hereby aver that such free access is not intended for commercial purposes.

[2] NB: I commenced this action in Massachusetts state court as a pro se plaintiff. I was granted indigency status in state court. The case was removed to the Massachusetts federal court on 6/12/23. The case was then removed to the NH federal court on 7/27/23. I had fully expected to litigate this case in state court where I filed it. I did not ask for this case to be litigated in federal court. Furthermore, in MA state court, I applied for indigency status and was granted such on more than one occasion. The allowance of the affidavit of indigency in state court indicates that I am indigent.

Case 1:23-cv-0037~~AOL Mail - Re: Request for transcript | 1:23-cv-11313-WGY Bisasor v. Donais et al~~2

# Re: Request for transcript | 1:23-cv-11313-WGY Bisasor v. Donais et al

From:  Richard Romanow (bulldog@richromanow.com)

To:    quickquantum@aol.com

Date:  Tuesday, September 5, 2023 at 01:01 PM EDT

I've attached the transcript and invoice, in pdf, to this e-mail and it will be filed on PACER forthwith.  Please acknowledge receipt.

I've been out the last 3 weeks on vacation so I couldn't respond to your e-mails.

Thanks,

Rick Romanow, U.S. District Court Reporter, Boston, J. Young

> On 9/3/2023 3:46 PM, Andre Bisasor wrote:
>
> Dear Jennifer,
>
> I reached out to Richard twice regarding the transcript since August 22 and 23. It has been about 12 days and I have not heard back. Could you ensure that he receives my message and request?
>
> Thx
> Andre Bisasor
>
> On Wednesday, August 23, 2023 at 04:11:41 PM EDT, Andre Bisasor <quickquantum@aol.com> wrote:
>
>
> Hello Richard,
>
> Just wanted to confirm that you received my email below. Could you please confirm?
>
> -Andre
>
>
> On Tuesday, August 22, 2023 at 01:49:07 PM EDT, Andre Bisasor <quickquantum@aol.com> wrote:
>
>
> Dear Richard,
>
> I have a request for the transcript of the 7/27/23 hearing in MA federal court with Judge Young. Can you please assist me?
>
> Thanks,
> Andre
>
> ----- Forwarded Message -----
> **From:** Jennifer Gaudet <jennifer_gaudet@mad.uscourts.gov>
> **To:** Andre Bisasor <quickquantum@aol.com>
> **Sent:** Tuesday, August 22, 2023 at 10:45:50 AM EDT
> **Subject:** RE: Request for transcript | 1:23-cv-11313-WGY Bisasor v. Donais et al
>
> Good morning Mr. Bisasor.  You should request a copy of the transcript from Judge Young's court reporter.  His name is Richard Romanow and can be reached by email only at:  bulldog@richromanow.com