UNITED STATES DISTRICT COURT - DISTRICT OF NEW HAMPSHIRE
ANDRE BISASOR, Plaintiff,
v.
CRAIG S. DONAIS; RUSSELL F. HILLIARD; DONAIS LAW OFFICES, PLLC;
UPTON & HATFIELD, LLP; and MARY K. DONAIS, Defendants.

Case No.1:23-cv-00374-JL

**NOTICE OF STATEMENT OF CONCURRENCE
PERTAINING TO
PLAINTIFF'S EMERGENCY MOTION TO EXTEND TIME TO FILE RESPONSE/OBJECTION TO CRAIG DONAIS, MARY DONAIS AND DONAIS LAW OFFICES PLLC'S MOTION FOR LEAVE OF COURT TO REVIEW SEALED DOCUMENTS PURSUANT TO L.R. 83.12(B)(2)**

1. I hereby provide this **notice of statement of concurrence** pertaining to:

   **PLAINTIFF'S EMERGENCY MOTION TO EXTEND TIME TO FILE RESPONSE/OBJECTION TO CRAIG DONAIS, MARY DONAIS AND DONAIS LAW OFFICES PLLC'S MOTION FOR LEAVE OF COURT TO REVIEW SEALED DOCUMENTS PURSUANT TO L.R. 83.12(B)(2)**

2. I urgently sought concurrence from the defendants today but have not received any response by this time.

Respectfully submitted,
/s/Andre Bisasor
Plaintiff Andre Bisasor

March 14, 2024

**CERTIFICATE OF SERVICE**

This filing is served to all parties of record via the e-filing system.

/s/Andre Bisasor
Andre Bisasor

1