UNITED STATES DISTRICT COURT - DISTRICT OF NEW HAMPSHIRE

ANDRE BISASOR, Plaintiff,

v.

CRAIG S. DONAIS; RUSSELL F. HILLIARD; DONAIS LAW OFFICES, PLLC; UPTON & HATFIELD, LLP; and MARY K. DONAIS, Defendants.

Case No.1:23-cv-00374-JL

## PLAINTIFF'S MOTION TO SEAL [LEVEL II]

1. I, the plaintiff, move to seal the attached document, pursuant to Fed. Civ. Rule 83(c), titled as "**MOTION FOR RECONSIDERATION OF THE COURT'S 3-6-24 ORDER TO UNSEAL THE PLAINTIFF'S 3-1-24 MOTION TO SEAL.**
2. The factual and legal basis to justify sealing is based on the fact that this confidential motion contain references to confidential information including about third parties, which if disclosed publicly would impair the privacy interests attached thereto.
3. I request that the attached confidential motion be sealed permanently or indefinitely. See Fed. Civ. Rule 83(c).
4. I request Level II sealing with the filing, the contents, and docket text entries sealed at Level II to be reviewed only by the judge.
5. WHEREFORE, I, the plaintiff, respectfully request that this Honorable Court grant this Motion to Seal or such further relief as may be deemed just and proper.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor

April 1, 2024

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor

1