# Exhibit 1

```
PACER Service Center
Billing History Report
Wed, Apr 3 21:25:27 2024
User: ███████████

Summary Transaction Report by Date
New Hampshire District Court
from 07/01/2023 to 09/30/2023

Date            Pages    Audio    Cost
07/03/2023          2        0    $0.20
07/23/2023        102        0   $10.20
07/25/2023         14        0    $1.40
07/28/2023         15        0    $1.50
07/29/2023          7        0    $0.70
07/31/2023         14        0    $1.40
08/01/2023         21        0    $2.10
08/02/2023         15        0    $1.50
08/03/2023         13        0    $1.30
08/04/2023         19        0    $1.90
08/07/2023         11        0    $1.10
08/09/2023          6        0    $0.60
08/10/2023          2        0    $0.20
08/11/2023          2        0    $0.20
08/14/2023         12        0    $1.20
08/16/2023         13        0    $1.30
08/17/2023         12        0    $1.20
08/18/2023         42        0    $4.20
08/21/2023         35        0    $3.50
08/22/2023          9        0    $0.90
08/23/2023         11        0    $1.10
08/30/2023          8        0    $0.80
09/01/2023          8        0    $0.80
09/03/2023         57        0    $5.70
09/05/2023         27        0    $2.70
09/06/2023         34        0    $3.40
09/07/2023          6        0    $0.60
09/13/2023         53        0    $5.30
09/14/2023         21        0    $2.10
09/15/2023         14        0    $1.40
09/19/2023          4        0    $0.40
09/22/2023         20        0    $2.00
09/27/2023          3        0    $0.30

Grand Total              632 pages                        $63.20
                         0 audio files ($ 2.40 ea)        $0.00
```