# Exhibit 2

```
PACER Service Center
Billing History Report
Wed, Apr 3 21:15:21 2024
User: ████████████

Summary Transaction Report by Date
New Hampshire District Court
from 10/01/2023 to 12/07/2023

Date           Pages     Audio    Cost
10/05/2023        24         0    $2.40
10/13/2023        13         0    $1.30
10/23/2023         9         0    $0.90
10/24/2023       145         0   $14.50
10/25/2023        93         0    $9.30
10/26/2023        10         0    $1.00
10/27/2023       347         0   $34.70
10/28/2023        30         0    $3.00
10/30/2023        51         0    $5.10
11/03/2023        47         0    $4.70
11/06/2023       124         0   $12.40
11/07/2023        44         0    $4.40
11/08/2023        15         0    $1.50
11/09/2023       353         0   $35.30
11/10/2023       147         0   $14.70
11/12/2023       110         0   $11.00
11/13/2023        63         0    $6.30
11/14/2023        26         0    $2.60
11/15/2023        54         0    $5.40
11/16/2023        52         0    $5.20
11/17/2023       146         0   $14.60
11/18/2023       249         0   $24.90
11/20/2023       156         0   $15.60
11/21/2023       183         0   $18.30
11/22/2023        33         0    $3.30
11/23/2023        15         0    $1.50
11/28/2023        16         0    $1.60
11/29/2023        49         0    $4.90
12/01/2023        34         0    $3.40
12/02/2023        17         0    $1.70
12/03/2023        63         0    $6.30
12/05/2023       106         0   $10.60

Grand Total              2824 pages                          $282.40
                         0 audio files ($ 2.40 ea)             $0.00
```