UNITED STATES DISTRICT COURT - DISTRICT OF NEW HAMPSHIRE
ANDRE BISASOR, Plaintiff,
v.
CRAIG S. DONAIS; RUSSELL F. HILLIARD; DONAIS LAW OFFICES, PLLC;
UPTON & HATFIELD, LLP; and MARY K. DONAIS, Defendants.

Case No.1:23-cv-00374-JL

## EMERGENCY MOTION TO OBTAIN TRANSCRIPT OF 11-30-23 HEARING

1. I hereby submit this motion to obtain a transcript of the 11-30-23 hearing.
2. Grounds are as follows.
3. I have a number of filings coming due in the near future for which I need a transcript of the above hearing.
4. I need the transcript in relation to the replies to the defendants' objections to the motion to amend the complaint as well as in relation to the magistrate's ruling on 3-21-24, among others.
5. I also need it to reference matters involving my request for accommodations that were raised in that hearing.
6. I thus ask the court to allow me to obtain a copy of the transcript of the 11-30-23 hearing and to instruct the clerk or court reporter to prepare the transcript as soon as possible.
7. If there is a cost for the transcript, I ask that it be provided to me at no cost, based on indigency.
8. Without a transcript, I will be hampered in being able to properly present arguments for effective review.
9. Because of the urgency of the matter, I have styled this as an emergency motion.
10. I ask that this emergency motion be ruled upon as soon as possible.
11. I sought **concurrence from the defendants** but they have not concurred.
12. I respectfully request this Court grant the relief requested or other relief the Court deems proper.

Respectfully submitted,
/s/Andre Bisasor

April 5, 2024                                                                                          Plaintiff Andre Bisasor

## CERTIFICATE OF SERVICE

This filing is served to all parties of record via the e-filing system.

/s/Andre Bisasor
Andre Bisasor