# Re: Insurance Carrier Questions and Preservation Hold

From: Andre Bisasor (quickquantum@aol.com)
To: dsonneborn@preti.com
Date: Tuesday, April 2, 2024 at 03:15 PM EDT

Dan,

What prior responses are those? can you repeat those here, as I am not certain of what "responses" those are. I am only aware of one response long ago.

Also, can you at least answer this: are you able to receive letters or legal documents for or on behalf of or to pass on to the insurance carrier(s)?

Andre

> On Tuesday, April 2, 2024 at 03:10:58 PM EDT, Sonneborn, Daniel R. <dsonneborn@preti.com> wrote:
>
> Andre,
>
> My prior responses regarding these issues remains and with respect to anything else, it will be answered if/when appropriate.
>
> Thanks,
> Dan
>
> **Daniel R. Sonneborn**
> Director
> Preti**Flaherty**
>
> **From:** Andre Bisasor <quickquantum@aol.com>
> **Sent:** Monday, March 25, 2024 1:54 PM
> **To:** Sonneborn, Daniel R. <DSonneborn@preti.com>
> **Subject:** Re: Insurance Carrier Questions and Preservation Hold
>
> **Note:** *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.***
>
> Dan, you have not answered my email below-
>
> Andre

On Friday, March 15, 2024 at 12:28:34 PM EDT, Andre Bisasor <quickquantum@aol.com> wrote:


Correction: I meant "Dear Dan"


On Friday, March 15, 2024 at 12:21:03 PM EDT, Andre Bisasor <quickquantum@aol.com> wrote:


Dear Ed,

I have a couple questions pertaining to this matter as follows:

1. What is the name of the insurance carrier(s) for the Hilliard defendants?
2. Also, what is the location and address of the insurance carrier(s)?
3. Are you insurance counsel for this insurance carrier(s)?
4. Can I direct to you, or can you receive, letters or legal documents from me, on behalf of the insurance carrier(s)?
5. What is the policy limit for the policy applicable to this matter that covers the Hilliard defendants?

Can you please answer these questions or any of them? I may have asked some of these to you before but I am asking again here in one place.

NB: Please remember to preserve all documents, emails, correspondence and materials that are relevant to this matter including matters applicable to potential discovery, deposition and for trial. This is a reminder of a preservation/litigation hold that applies to all defendants as well as to the insurance carrier(s).

I look forward to your reply.

Sincerely,

Andre Bisasor

---

This E-Mail may contain information that is privileged, confidential and / or exempt from discovery or disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you are not the intended recipient of this communication, and have received it in error, please do not distribute it and notify me immediately by E-mail at

dsonneborn@preti.com or via telephone at 617.226.3800 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.