# EXHIBIT 5

**EXCERPT FROM MA MIDDLESEX SUPERIOR COURT DOCKET SHOWING THAT DOUG NAGENGAST WAS THE CLERK OF THE CASE**

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | an unambiguous ruling is not warranted especially while the matter is on appeal. Therefore, again, DENIED.<br><br>Judge: Sarrouf, Camille | | |
| 11/17/2021 | Notice of docket entry received from Appeals Court<br>NOTICE OF DOCKET ENTRY: Please take note that, with respect to the Motion of Appellant to stay appellate proceedings filed by Andre Bissasor. (Paper #5), on November 16, 2021, the following order was entered on the docket: RE#5: The plaintiff has filed a motion to stay appellate proceedings for several reasons including his appeal from an order entered by a judge of the Middlesex Superior Court | 45 | Image |
| 11/17/2021 | Notice of docket entry received from Appeals Court<br>NOTICE OF DOCKET ENTRY: Please take note that, with respect to the Motion of Appellant to stay appellate proceedings filed by Andre Bissasor. (Paper #1), on November 16, 2021, the following order was entered on the docket: RE#1: It has come to the court's attention that on 9/1/2021 | 46 | Image |
| 11/17/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  11/17/2021 10:30:51<br>Notice Sent To:  Andre Bissasor 679 Washington Street #8-206, Attleboro, MA 02703 | | |
| 11/17/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  11/17/2021 10:31:37<br>Notice Sent To:  Andre Bissasor 679 Washington Street #8-206, Attleboro, MA 02703<br>     Plaintiff to appear in person or via Zoom.  Zoom info included in Notice   ID: 161 414 2061  Passcode: 134547 | | |
| 11/17/2021 | Notice of docket entry received from Appeals Court<br>NOTICE OF DOCKET ENTRY: Please take note that, with respect to the Petition pursuant to G.L. c. 231, s. 118 filed by Andre Bissasor. (Paper #5), on November 16, 2021 | 47 | Image |
| 11/29/2021 | Second Notice of Appeal<br><br>Applies To: Bissasor, Andre (Plaintiff) | 48 | Image |
| 11/30/2021 | Event Result::  Status Review scheduled on:<br>        11/30/2021 02:00 PM<br>Has been: Held as Scheduled<br>Camille Sarrouf, Presiding<br>Appeared:<br>     Plaintiff     Andre Bissasor<br><br>Staff:<br>     Matthew Day, Assistant Clerk Magistrate<br>     Douglas Nagengast, Assistant Clerk Magistrate | | |
| 12/01/2021 | Affidavit of Indigency and request for waiver substitution of state payment of fees and costs filed without Supplemental affidavit<br>(IMPOUNDED) | 49 | |
| 12/01/2021 | Endorsement on Application<br><br>(Affidavit of Indigency - P#49) - ALLOWED. For purposes of hearing and findings for Plaintiff's Appeal. (IMPOUNDED)<br><br>Judge: Sarrouf, Camille | | |
| 12/02/2021 | Notice of docket entry received from Appeals Court<br>NOTICE OF DOCKET ENTRY: Please take note that on December 1, 2021, the following entry was made on the docket of the above-reference case: ORDER RE#10: The order of 11/16/21 on #5 is to stand. Plaintiff's request for leave to file a motion for state payment of costs of the transcript of the G.L. c. 261, s. 27C hearing scheduled for 11/30/21, is denied without prejudice to renewal after entry of an order on the motion for funds pursuant to G.L. c 261, s. 27B, form which plaintiff is entitled to appeal. | 50 | Image |
| 12/07/2021 | Endorsement on Application<br><br>EXPANDED ENDORSEMENT on plaintiff's request for waiver of fees for transcript of hearings, a motion for recusal, and oral motions for further impoundment and disclosure of ex-parte communications pursuant to SJC Rule 2.9. After due consideration and review the following Orders are issued relative to the plaintiff, Andre Bissasor's ("Andre"), requests for relief:<br><br>        Pursuant to G.L. c.261 §27B and 27C a hearing was held on November 30, 2021, via Zoom , to determine whether the transcript sought by the plaintiff, Andre Bissasor ("Andre") was reasonably necessary to allow for the prosecution of his appeal of the dismissal of his action by this Court. After initially, and without hearing, denying Andre's request I find, for the reasons stated by him, including but not limited to the statement of his claim, the manner in which he felt he was actively prosecuting his claim against the defendant and thereafter stating the desire/need for the transcript, Andre has met his burden | 51 | |