UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Andre C. Bisasor</u>

    v.                                            Case No. 23-cv-374-JL-TSM

<u>Craig Donais, et al.</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated March 21, 2024.

_____
Joseph N. Laplante
United States District Judge

Date: May 15, 2024

cc:   Andre C. Bisasor, pro se
      Edwin F. Landers, Jr., Esq.
      Linda M. Smith, Esq.