UNITED STATES DISTRICT COURT - DISTRICT OF NEW HAMPSHIRE
ANDRE BISASOR, Plaintiff,
v.
CRAIG S. DONAIS; RUSSELL F. HILLIARD; DONAIS LAW OFFICES, PLLC;
UPTON & HATFIELD, LLP; and MARY K. DONAIS, Defendants.
Case No.1:23-cv-00374-JL

# DECLARATION-NOTICE OF E-FILING SYSTEM PROBLEM/ERROR FOR FILING EXHIBIT LIST ON 5-31-24

1. I attempted to file the exhibit list with exhibits on the night of 5/31/24 but there was a problem with the e-filing system that prevented me from uploading the documents. There was some kind of technical problem or error with the e-filing system. Because of the system error, I was prevented from filing the exhibit list (as well as other documents that I wanted to file on 5-31-24).

2. The screenshot below shows, as an example, that I had uploaded the exhibit list document to the e-filing system (under main document tab). But the system would not allow me to go forward thereafter. The e-filing system would not send or allow any data uploaded to move forward to the next stage. I tried multiple times to move to the next stage but it kept giving me the below error message with the e-filing system. I was able to capture screenshots of the problem at one point in time, the date and time stamp of which shows 5-31-24 at 11.58pm, as shown below.





3. I am not sure why this error occurred. Given the above e-filing errors and problems, I am filing this **declaration of technical failure** first thing on the next business day in accordance with the rules. This should be considered regarding failure to file the exhibit list on 5-31-24..

Respectfully submitted,<br>
/s/ Andre Bisasor<br>
Andre Bisasor

June 3, 2024

## CERTIFICATE OF SERVICE
I certify that a copy of the foregoing was served to the defendants in this case.

/s/ Andre Bisasor<br>
Andre Bisasor